IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 FEB 28  A 9: 43

Johnathan Ray Revells            )
Full name and prison number of   )
plaintiff(s)                     )
                                 )
         v.                      )    CIVIL ACTION NO. 3:06cv179-WKW
                                 )    (To be supplied by the Clerk of the
Sheriff; Jay Jones               )     U.S. District Court)
                                 )
Major; Cary Torbert, JR.         )
                                 )
MD. John H. McFarland            )
                                 )
Nurse; Steward                   )
Name of person(s) who violated   )
your constitutional rights.      )
(List the names of all the persons)  )

I.   PREVIOUS LAWSUITS

     A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )   No (X)

     B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes ( )   No (X)

     C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

          1.   Parties to this previous lawsuit:
               Plaintiff(s) _____
               _____
               Defendant(s) _____
               _____

          2.   Court (if federal court, name the district; if state court, name the county)
               _____
               _____

          3.   Docket No. _____

          4.   Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____
Lee County Detention Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
Lee County Detention Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. Sheriff; Jay Jones      2311 Gateway Dr. Opelika, AL 36803
2. Major; Cary Torbert, JR. 2311 Gateway Dr. Opelika, AL 36803
3. MD. John H McFarland    2311 Gateway Dr. Opelika, AL 36803
4. Nurse; Steward          2311 Gateway Dr. Opelika, AL 36803
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Ground one and two on or about September 02, 2004 & Ground three on or about December 06, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Improper medical tretment / Discrimination

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
Dr. McFarland me on or about september 02, 2004 that my finger was broken. He told Nurse steward that I needed a brace. I never got any brace. Nurse Steward told Dr. McFarland that Major Torbert said I could not have the brace.

GROUND TWO: Improper medical tretment

SUPPORTING FACTS: My finger now causes me pain on a dailey bases and has casued disfigerment. Because of the improper medical tretment

GROUND THREE: Improper Accese to toilet.

SUPPORTING FACTS: on or about December 06, 2005 the toilet went out of use I have no Accese to toilet from 10:30pm to 4:00Am when I asked what to do if I had to use the toilet staff members of the lee County Jail told me to use the Sink and is still broken to this date

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
all charges in the state of Alabama be droped and/or one hundered and fifty thousand dallors.

_Johnathan Ray Revells_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 02/27/06
                  (date)

_Johnathan Ray Revells_
Signature of plaintiff(s)

-3-