Revells

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Hazel Ann Brown_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                          3-3-06 |
| 1. Article Addressed to:<br><br>Lee Co. Detention Center<br>2311 Gateway Dr.<br>Opelika AL 36803<br>attn: Cary Torbert<br>ardent # 4 & comp (96) | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No |
| | 3. Service Type<br>  ☒ Certified Mail    ☐ Express Mail<br>  ☐ Registered       ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7003 2260 0005 4584 7115 |

PS Form 3811, February 2004    Domestic Return Receipt    06-179    102595-02-M-1540

Revells

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Hazel Ann Brown   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  3-3-06 |
| 1. Article Addressed to:<br><br>Lee Co. Detention Center<br>2311 Gateway Dr.<br>Opelika AL 36803<br>atn: John H. McFarland<br>and staff & corp (40) | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0005 4584 7160 |

PS Form 3811, February 2004    Domestic Return Receipt   06-179    102595-02-M-1540

Revells

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Hazel Ann Brown  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  3-3-06 |
| 1. Article Addressed to:<br>Lee Co. Detention Center<br>2311 Gateway Dr.<br>Opelika AL 36803<br>Adm: Jay Jones, Sheriff<br>order of g.s cap  (90) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0005 4584 7108 |

PS Form 3811, February 2004   Domestic Return Receipt  06-179   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lee Co. Detention Center
2311 Gateway Dr.
Opelika AL 36803
attn: Nurse Steward
ander #4 i comp (40)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Hazel Ann Brown
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
3-3-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0005 4584 7122

PS Form 3811, February 2004   Domestic Return Receipt   06-179   102595-02-M-1540