# Exhibit I
# Medical File

.ee County Detention Center

# INMATE REQUEST SLIP

E-5
LOCATION

Name Johnathan Revells Date 05/31/05

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [x] Other

Briefly Outline Your Request. Give To Jailer NURSE

I need something for a headache. also I have a sore on the inside of my mouth can I have some salt for some warm water. I bite my gum. Think you

Johnathan Revell

Do Not Write Below This Line - For Reply Only

Two tylenol given 06/01/05 D. Bulk [illegible]

Approved ____________ Denied ____________ Collect Call ____________

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

NURSE

e County Detention Center

# INMATE REQUEST SLIP

E-5

**LOCATION**

Name Johnathan Revells Date 06/08/06

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☒ Other

Briefly Outline Your Request. Give To Jailer

I need something for a headache and also heartburn I also bit my gum and it is very sore and I would like some salt to put on it or something for it

Think you

Do Not Write Below This Line - For Reply Only

[illegible] given. 06/08/06
D. [illegible]

Approved ______ Denied ______ Collect Call ______

NURSE

Lee County Detention Cent

# INMATE REQUEST SLIP

E-S

**LOCATION**

Name Johnathan Newells Date 06/16/05

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☑ Other

Briefly Outline Your Request. Give To Jailer

I need something for a headache

Think You

Do Not Write Below This Line - For Reply Only

Two motrin given 06/17/05 D. Buker

Approved ______ Denied ______ Collect Call ______

Nurse Stewart

ee County Detention Center

# INMATE REQUEST SLIP

E - S

LOCATION

Name Johnathan Revells Date 06/23/05

[ ] Telephone Call [ ] Doctor [ ] Dentist [ ] Time Sheet

[ ] Special Visit [ ] Personal Problem [x] Other

Briefly Outline Your Request. Give To Jailer

I Need something for headache and heartburn

Thank You

Do Not Write Below This Line - For Reply Only

6/23/05 9 am

Nurse Stewart

Approved ____________ Denied ____________ Collect Call ____________

·e County Detention Center

**INMATE REQUEST SLIP**

E-5
**LOCATION**

Name Johnathon Revells Date 06/21/05

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☑ Other

Briefly Outline Your Request. Give To Jailer

I need something for a headache.
I also need something for the bumps from the shower water

Think you,
Johnathon Revells

Do Not Write Below This Line - For Reply Only

6/22/05 - TYC give you H/A; need to get John a cream of store shelf [illegible] you better inform Sgt Talb

[illegible signature]

Approved ____________ Denied ____________ Collect Call ____________

Nrse

Lee County Detention Ce[nte]r

**INMATE REQUEST [S]LIP**

E-5

**LOCATION**

[N]ame Johnathan Revells Date 07/15/05

[ ] Telephone Call [ ] Doctor [ ] Dentist [ ] Time Sheet

[ ] Special Visit [ ] Personal Problem [x] Other

[B]riefly Outline Your Request. Give To Jailer

This is the second Request I have Sent I need something for heartburn. It has been over 24 hours sence I wrote the last one at 9:00pm on the 14th of July Please send me something for heartburn.

Thank You

[D]o Not Write Below This Line - For Reply Only

07/16/05 9 [illegible]

[signature]

[A]pproved ______ Denied ______ Collect Call ______

Nurse

ee County Detention Center

# INMATE REQUEST SLIP

E-5
**LOCATION**

Name Johnathan Revells Date 08/06/05

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☑ Other

Briefly Outline Your Request. Give To Jailer

I need something for a headache please

Thank You

Do Not Write Below This Line - For Reply Only

given 08/07/05 D. Bush 4pm

Approved ____________ Denied ____________ Collect Call ____________

...e County Detention Center

NURSE **INMATE REQUEST SLIP**

E - 5
**LOCATION**

Name Johnathan Ray Revells Date 08/08/05

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☒ Other

Briefly Outline Your Request. Give To Jailer

I would like something for a headache

Thank You

NURSE

Do Not Write Below This Line - For Reply Only

given 08/09/05 D. Bull LPN

Approved ______ Denied ______ Collect Call ______

rse

Lee County Detention Center

# INMATE REQUEST SLIP

E-5

**LOCATION**

ame Johnathan Ray Revells Date 08/17/05

] Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

] Special Visit ☐ Personal Problem ☑ Other

riefly Outline Your Request. Give To Jailer

I Need something for a headache

Thank You

o Not Write Below This Line - For Reply Only

7/18/05 - # Tyl.

[signature]

pproved Denied Collect Call

Lee County Detention Center

/URSE **INMATE REQUEST SLIP**

E-5
**LOCATION**

lame Johnathan Ray Revells Date 08/19/05

] Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

] Special Visit ☐ Personal Problem ☑ Other

iriefly Outline Your Request. Give To Jailer

I need something for a headache.

Thank you

o Not Write Below This Line - For Reply Only

given orlador D. Burke spn

ɔproved ______ Denied ______ Collect Call______

I Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
ıose The Request is Directed.

☐ Lieutenant ☐ Chief Deputy ☐ Sheriff

Lee County Detention Center

# INMATE REQUEST SLIP

E-5
LOCATION

ame: Johnathan Roy Revells Date 8/21/05

] Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

| Special Visit ☐ Personal Problem ☑ Other

iefly Outline Your Request. Give To Jailer

I would like something for a headache.

Thank You

Not Write Below This Line - For Reply Only

[illegible handwritten reply]

roved ______ Denied ______ Collect Call ______


Lee County Detention Center

# INMATE REQUEST SLIP

E-5
**LOCATION**

Name Johnothan Ray Revells Date 08/23/05

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☒ Other

Briefly Outline Your Request. Give To Jailer

I have a bad headache. I have them all of the time almost everyday I only ask for Something for it when it get to the point of lasting all daylong. I am sorry that I have been asking for something to stop my head from aching Could I please get something for it today? also I think that the loud noise are the main Cause of it But I can't do anything about all of that. Thank You

I will try not to ask for something for them so often

Do Not Write Below This Line - For Reply Only

[illegible]

Approved ______ Denied ______ Collect Call ______

Lee County Detention Cent

# INMATE REQUEST SLIP

SE

E-5
**LOCATION**

e Johnathan Ray Revells Date 08/31/05

elephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

pecial Visit ☐ Personal Problem ☒ Other

ly Outline Your Request. Give To Jailer

I am in very bad need of something to make me
e a Bilemovement. Please send me something as soon
you can. I fell the same way that I felt when I last
the doctor. I am having a lot of Stomach pain.

Thank you 8

Not Write Below This Line - For Reply Only

1/1/05 given

Nurse Stewart

roved ________ Denied ________ Collect Call________

NURSE

Lee County Detention Cente:

# INMATE REQUEST SLIP

E-5
**LOCATION**

ame Johnathan Revells Date 09/18/05

] Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

] Special Visit ☐ Personal Problem ☑ Other

riefly Outline Your Request. Give To Jailer

I Need something for a headache.

Thank You.

Do Not Write Below This Line - For Reply Only

9/19/05 Tr TYL given

Nurse Stewart

pproved ______ Denied ______ Collect Call ______

Lee County Detention Cente

# INMATE REQUEST SLIP

E-5
LOCATION

ame Johnathan Revells Date 10/28/05

] Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

] Special Visit ☐ Personal Problem ☑ Other

riefly Outline Your Request. Give To Jailer

I need something for a headache plesse!

Thank you,
Johnathan Revells

o Not Write Below This Line - For Reply Only

10/28/05 # Tyl given

Nurse [signature]

pproved ________ Denied ________ Collect Call ________

ll Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To

Le County Detention Center

NURSE **INMATE REQUEST SLIP**

E-5

**LOCATION**

Name Johnathan Revells Date 11/10/05

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [x] Other

Briefly Outline Your Request. Give To Jailer

I need something for a headache!! please

Thank you

Do Not Write Below This Line - For Reply Only

11/12/05 - ii TYL.

Nurse [signature]

Approved ________ Denied ________ Collect Call ________

Lee County Detention Cente

RSE **INMATE REQUEST SLIP**

E-S
**LOCATION**

me Johnathan Revells Date 11/29/05

Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

Special Visit ☐ Personal Problem ☑ Other

efly Outline Your Request. Give To Jailer

I need something for a headache

Thank you

Not Write Below This Line - For Reply Only

/29/05 [illegible]

[signature]

proved ______ Denied ______ Collect Call ______

Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
ose The Request is Directed.

☐ Lieutenant ☐ Chief Deputy ☐ Sheriff

NURSE

Lee County Detention Cent

# INMATE REQUEST SLIP

E-5
LOCATION

ame Johnathan Revells Date 12/30/05

] Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

] Special Visit ☐ Personal Problem ☑ Other

riefly Outline Your Request. Give To Jailer

Need to see nurse today very sick
thank you

12/30/05

o Not Write Below This Line - For Reply Only

12/30/05 addressed

[signature]

pproved ____________ Denied ____________ Collect Call ____________

l Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
hose The Request is Directed.

Lee County Detention Cent

# INMATE REQUEST SLIP

E-5

**LOCATION**

me Johnathan Revells Date 12/11/05

Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

Special Visit ☐ Personal Problem ☑ Other

efly Outline Your Request. Give To Jailer

I have a Feverblister on my lip. I don't have my money to buy anything for it could you give e something for it?

Thank you

Not Write Below This Line - For Reply Only

3/13/05

[signature]

[signature]

roved ______ Denied ______ Collect Call ______

Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To se The Request is Directed.

'RSE

.ee County Detention Center

# INMATE REQUEST SLIP

E-5
**LOCATION**

ıme Johnathan Revells Date 12/29/05

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☑ Other

ˈiefly Outline Your Request. Give To Jailer

I need something for heartburn. please!

Thank You

Johnathan Revells

)o Not Write Below This Line - For Reply Only

12/29/05

Given

Nurse Stewart

\ Approved ______ Denied ______ Collect Call ______

\ All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

URSE

Lee County Detention Cent

# INMATE REQUEST SLIP

E-5

**LOCATION**

ame Johnathan Rewlls Date 12/30/05

[ ] Telephone Call [ ] Doctor [ ] Dentist [ ] Time Sheet

[ ] Special Visit [ ] Personal Problem [x] Other

riefly Outline Your Request. Give To Jailer

I am very Sick. I need to see the nurse please

Thank you

12/30/05

Do Not Write Below This Line - For Reply Only

12/30/05 meds starts

Nurse Stewart

Approved ____________ Denied ____________ Collect Call ____________

WRS

Lee County Detention C...r

# INMATE REQUEST SLIP

E-5

**LOCATION**

Name Johnathon Revells Date 12/23/05

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☑ Other

Briefly Outline Your Request. Give To Jailer

I need something for a cold please

Thank you

Do Not Write Below This Line - For Reply Only

12/24/05 I'm Request Ti
Call Quin

Nurse [signature]

Approved ______ Denied ______ Collect Call ______

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed

NURSE -

Lee County Detention Center

# INMATE REQUEST SLIP

E-5
LOCATION

Name Johnathan Revells Date 01/01/06

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☑ Other

Briefly Outline Your Request. Give To Jailer

My throat is still swollow shut. I can't get any sleep at night because of it. can I get something to get it to stop hurting please or something to help me Sleep. I think I still have a little fever maybe

Thank you
Johnathan Revells

Do Not Write Below This Line - For Reply Only

1/2/06 You're on antibiotic + anti-inflammatory / pain pill. Up your fluid. Will see MD in am.

Nurse [signature]

Approved ____________ Denied ____________ Collect Call ____________

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

nurse

Lee County Detention Cente

# I..MATE REQUEST SLIP

E-5

**LOCATION**

Name Johnathan Revells Date 01/31/06

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☑ Other

Briefly Outline Your Request. Give To Jailer

I need something for a headache please

Thank you

Johnathan Revells

Do Not Write Below This Line - For Reply Only

2/1/06 ii Tyl. given

Nurse Stewart

Lee County Detention Cente

# INMATE REQUEST SLIP

LOCATION

Name Johnathan Revells Date 2/01/06

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [x] Other

Briefly Outline Your Request. Give To Jailer

I need some Hydrocortisone for my feet I don't have any money to buy any off store please

Thank you

Do Not Write Below This Line – For Reply Only

2/3/06 [illegible] But your money & store problem refer To Sgt. Talb.

[signature]

Approved ______ Denied ______ Collect Call ______

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To

'URSE

Lee County Detention Cen...

NURSE

**INMATE REQUEST SLIP**

E-5
**LOCATION**

Name Johnathan Revells Date 02/08/06

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☑ Other

Briefly Outline Your Request. Give To Jailer

I need something for heartburn. I also need something for a headache please. Also I need something for/or an itch please

Thank you

Do Not Write Below This Line - For Reply Only

2/9/06 Dent.

Nurse Griffith

Approved ____________ Denied ____________ Collect Call ____________

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

Lee County Detention Cente

/RSF **INMATE REQUEST SLIP**

E-5
**LOCATION**

e Johnathan Roy Revells Date 02/03/06

elephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

ecial Visit ☐ Personal Problem ☐ Other

ly Outline Your Request. Give To Jailer

I need to see the nurse
I need something to get rid of gas
something to make me go.
Thank you
Johnathan Revells

lot Write Below This Line - For Reply Only

/06/06 " Tum gum

Nurse [illegible]

oved ______ Denied ______ Collect Call ______

equest Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To

NURSE

Lee County Detention Cente.

# INMATE REQUEST SLIP

E-S

**LOCATION**

Name Johnathan Ray Revells Date 02/15/06

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☑ Other

Briefly Outline Your Request. Give To Jailer

I need something for heartburn please

Thank you

Do Not Write Below This Line - For Reply Only

2/16/06

Antiacid tabs sent

Nurse Griffith

Approved ____ Denied ____ Collect Call ____

All Request Will Be Routed Through The Sergeant Over The Jail Then Forwarded To

NURSE

Lee County Detention Cen.

**INMATE REQUEST SLIP**

E-S

**LOCATION**

Name Johnathan Revells Date 02/25/06

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☑ Other

Briefly Outline Your Request. Give To Jailer

I need to see the nurse
I am haveing pain in my stomach

Do Not Write Below This Line - For Reply Only

02/27/06 C/o dyspepsia + vomiting To see md → am

[signature]

Approved ______ Denied ______ Collect Call ______

All Request Will Be Routed Through The Sergeant Over The Jail. Then Forwarded To

ee County Detention Center

# INMATE REQUEST SLIP

E-6
**LOCATION**

ne Johnathan Revells Date 03/07/05

Telephone Call ☑ Doctor ☐ Dentist ☐ Time Sheet

Special Visit ☐ Personal Problem ☐ Other

efly Outline Your Request. Give To Jailer

I think I am getting a cold.
I need to see the nurse.
I need Med's For a cold. Thank you
Johnathan Revells

Not Write Below This Line - For Reply Only

7/7/05 Advil Cold X 5 days

Nurse [illegible]

roved ______ Denied ______ Collect Call ______

Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
ose The Request is Directed.

ee County Detention Cente

# I...ATE REQUEST SLIP

E-5
**LOCATION**

Name Johnathan Ray Revells Date 04/29/05

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [x] Other

Briefly Outline Your Request. Give To Jailer Nurse

I need something for a head ache also my Chest is still sore. I think it is just my missels chimping up. Can I get something for the to

Think you
[signature]

Do Not Write Below This Line - For Reply Only

You were seen by Nurse Stewart for this. 04/30/05 - D. Buck LPN

Approved ____________ Denied ____________ Collect Call ____________

All Request Will Be Routed Through The Sergeant Over The Jail. Then Forwarded To

Lee County Detention Cent[e]

**INMATE REQUEST SLIP**

E-5
**LOCATION**

Name Johnathan Revells Date 05/23/05

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☑ Other

Briefly Outline Your Request. Give To Jailer

I Need Something for Headache Nurse
+ Heartburn I still have it

Do Not Write Below This Line - For Reply Only

Two motrin + 1 zantac given 05/23/05
D. Burks [illegible]

Approved ____ Denied ____ Collect Call ____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed

Lee County Detention Center

# INMATE REQUEST SLIP

E-5
**LOCATION**

Name Johnathan Meeks Date 05/20/05

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☒ Other

Briefly Outline Your Request. Give To Jailer

I have heartburn I need something for it

NU/S

Do Not Write Below This Line - For Reply Only

5/22/05 Zantac given

[signature]

Approved ______ Denied ______ Collect Call ______

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To

Lee County Detention Ce[nte]r

# INMATE REQUEST SLIP

S

E-5

LOCATION

Name Johnathan Newlls Date 05-19-05

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☑ Other

Briefly Outline Your Request. Give To Jailer Nurse

I need something for a headache and heartburn

Do Not Write Below This Line - For Reply Only

You saw nurse Stewart today & you were given a clean bill of health. Request denied. 05/19/05 - D. Burke cpl

Approved ____________ Denied ____________ Collect Call ____________



# SHERIFF OF LEE COUNTY

## JAY JONES

E-mail:
lcso@mindspring.com

P.O. BOX 688
OPELIKA, AL 36803-0688

Phone (334) 749-5651
Fax (334) 749-4835

### No Harm Contract

I Jonathan Revels agree that I will not act upon any thoughts that I may be experiencing to harm myself or anyone else. I also agree that I will alert a member of the correctional staff regarding my present mental status and any suicidal or homicidal thoughts that I may be experiencing. It is my understanding that this no harm contract will remain in effect for the duration of my sentence at the Lee County Detention Center.

I Jonathan Revels indicate by my signature that the **No Harm Contract** has been reviewed with me and I fully understand my right to refuse treatment during the duration of my sentence at the Lee County Detention Center. I also understand that this agreement will be reviewed with me periodically pending any changes in my mental status.

Inmate [signature] Date 9/2/4

#420017

Witness [signature] Date 9/2/4

Periodic Review

| Inmate Signature | Staff Signature | Date |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |

# Medication Administration Record

P&L FORMS #3004 *(for A03 print programs)*

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OTC Zantac 75mg † Bid 05/01/05 | 0800 | DB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | DB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Charting For | Through

Physician McFarland

Alt. Phys.

Telephone No. | Medical Record No.

Alt. Telephone

Aller-gies

Rehabilitative Potential

Diag-nosis

Admission Date

Medicaid Number | Medicare Number | Complete Entries Checked: By: | Title: | Date:

Resident | Birth Date | Resident Code | Room No. | Bed | Facility Code

# NOTES

NAME: Bowles, Johnathan SS# [redacted]

DOB: [redacted] AGE: 25 SEX: M RACE: W

DRUG ALLERGIES: Ø TETNUS:

NATURE OF PROBLEM OR REQUEST: tonsil Larg. Swollen & Red ē fever 101.2

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP____ P 102 R____ T 101.2 O2 96

ASSESSMENT: alert & responsive Skin warm & dry TO [illegible] I/m C/o Sore throat tonsil Red & Swollen ē fever also C/o chills fever Ø other C/o

PLAN: Amoxicillin 500 mg. 1 PO Naproxen 500 mg x [illegible]. Cepacol [illegible] [illegible] [illegible] [illegible] MD Clinic

REFER TO: PA/PHYSICIAN MENTAL HEALTH____ DENTAL____

SIGNATURE [signature] TITLE LPN DATE 6/3/ TIME 1400

NOTES

SS# [redacted]

NAME Reevees, Johnathan DOB [redacted] AGE 25 SEX M RACE W

DRUG ALLERGIES Ø TETANUS

NATURE OF PROBLEM OR REQUEST On arrival I/m c/o HC / c/o dyspepsia & flank pain

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE

**************************************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP 160/80 P 100 R 20 T 98.9

ASSESSMENT: Alert & responsive. Skin warm & dry. [illegible] [illegible] [illegible] I/m in holding cell, [illegible] c/o acute dyspepsia s/s c Lt flank pain. Chest clear. Abd soft, good bowel sounds. [illegible] soft Ø tenderness [illegible] [illegible] [illegible] [illegible] today [illegible] [illegible] muscle cramps in abd. [illegible] [illegible] feel better today"

PLAN: W/A [illegible] VID stable Ø acute [illegible] today OTC [illegible] [illegible] [illegible] Back to cell [illegible] [illegible] [illegible] [illegible]

REFER TO: PA/PHYSICIAN MENTAL HEALTH DENTAL

SIGNATURE [signature] TITLE [illegible] DATE 4/29/05 TIME 0845

NOTES

SS# [redacted]

NAME Reveels Johnathan DOB [redacted] AGE 25 SEX M RACE W

DRUG ALLERGIES Ø TETANUS

NATURE OF PROBLEM OR REQUEST dyspepsia + Flank pain

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE

****************************************************************

HEALTH CARE DOCUMENTATION 204 5'11"

SUBJECTIVE:

OBJECTIVE: BP 110/70 P R T

ASSESSMENT:

**05/03/05 Lee County Detention Center Jonathan Revells #416279108**

This 25 YOWM apparently had an episode "the other night my muscles just cramped up". It hurt to breathe. He has had some constant headaches since then. He hurt in the left lateral abdominal wall.

**Physical Exam:** Alert, no distress. HEENT: PERRL. NECK: Supple comfortable neck movement observed. HEART: Regular. LUNGS: Clear. BACK: No point tenderness. He says his back always hurts. EXTREMITIES: Normal spontaneous leg movement; normal gait.

**Impression:** Abdominal muscle strain and spasm.

**Plan:** He says he is also having headaches every day. We put him on Naprosyn 500 mg b.i.d. take with food #14 and Flexeril 10 mg b.i.d. #10. Recheck prn.

PLAN: Naprosyn 500 bid #14 Flexeril 10 bid #10

REFER TO: PA/PHYSICIAN MENTAL HEALTH DENTAL

SIGNATURE TITLE MD DATE 5-3-05 TIME 0848

JOHN H McFARLAND MD
AM8104894
AL 11404

# NOTES

NAME: Revells, Johnathan SS# [redacted]

DOB: [redacted] AGE: 25 SEX: M RACE: W

DRUG ALLERGIES: Ø TETNUS: ______

NATURE OF PROBLEM OR REQUEST: Tonsils swollen [illegible] throat sore temp was 101.-1 [illegible] [illegible] x 4 days.

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP______ P______ R______ T______ O2______

ASSESSMENT:

PLAN:

Benadryl 50 [illegible] x 3 d
[illegible] [illegible] [illegible] [illegible]

REFER TO:______ PA/PHYSICIAN______ MENTAL HEALTH______ DENTAL______

SIGNATURE JOHN H McFARLAND MD TITLE [illegible] DATE 1-3-06 TIME [illegible]

AM8104894
AL 11404

# NOTES

NAME: Revells, Johnathan SS#: [redacted]

DOB: [redacted] AGE: 25 SEX: m RACE: W

DRUG ALLERGIES: Ø TETNUS: ______

NATURE OF PROBLEM OR REQUEST: dyspepsia

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE

## HEALTH CARE DOCUMENTATION

5'11"
225

SUBJECTIVE:

OBJECTIVE: BP______ P______ R______ T______ O2______

ASSESSMENT:

PLAN: Prevacid 20 ... 2x1 ...

REFER TO:______ PA/PHYSICIAN______ MENTAL HEALTH______ DENTAL______

SIGNATURE______ TITLE MD DATE 2-28-06 TIME 0940

JOHN H MCFARLAND MD
AM8104894
AL 11404

NOTES

SS# [redacted]

NAME Revells, ~~[illegible]~~ Johnathan DOB [redacted] AGE 25 SEX M RACE W

DRUG ALLERGIES NKDA TETANUS

NATURE OF PROBLEM OR REQUEST F/u ō Ⓡ hand xray

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE

*************************************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP ______ P ______ R ______ T ______

ASSESSMENT:

**09/15/04** **Lee County Detention Center** **Jonathan Revells** **#416279108**

This 25 YOWM is here for recheck of right hand injury.

**Physical Exam:** The laceration to the ring finger is healing. The necrotic tissue is continuing to resolve. The little raised up flap is coming down and healing nicely. The x-ray of the hand showed a minimally displaced fracture of the proximal phalanx of the fifth finger. It is an oblique fracture. Due to security concerns it is buddy-taped and not splinted.

**Impression:** Four week old injury with healing fracture of the proximal phalanx fifth finger; laceration of the fourth finger.

**Plan:** Continue to buddy-tape for a total of six weeks; recheck in two weeks.

PLAN: Splint or buddy tape x 6 wk (total) RTC 2 wk. (injury 4 wk ago)

REFER TO: ______ PA/PHYSICIAN ______ MENTAL HEALTH ______ DENTAL ______

SIGNATURE ______ TITLE MD DATE 9/15/04 TIME [illegible]

JOHN H MCFARLAND MD
AM8104894
AL11404