# Exhibit J
# Inmate File

Lee County Detention Cente

# INMATE REQUEST SLIP

E-5

**LOCATION**

Name _Johnathan Revells_    Date _1-12-06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I Need ~~out~~ to go to the Law Libaray

Thank you

Johnatha Revell

<u>Do Not Write Below This Line</u> - For Reply Only

Took to Law
Libr    1-21-06

Approved _____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

...ee County Detention Center

# INMATE REQUEST SLIP

E-5
**LOCATION**

Name Johnathan Revells _____ Date 01/09/06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I Need to go to the Law Library.

Thank you

<u>Do Not Write Below This Line</u> - For Reply Only

Took To Jcc

July 1-12-06

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

Grievance

## E - 5
LOCATION

Name Johnathan Ray Revells          Date 01/05/06

☐ Telephone Call     ☐ Doctor          ☐ Dentist     ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem            ☐ Other

Briefly Outline Your Request.  Give To Jailer

I have wrote a number of Grievance forms in past months, Not one of them has been answered. Why are my Grievance forms not answered ?

Thank you

Johnathan Revells

Do Not Write Below This Line - For Reply Only

Mr. Revelles, you need to address your Grievance forms whom ever you wish to speak with. To just write one and send it out is not proper protocal. It will be answered if you send it to a particular person in the chain of command.

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date 01/11/06          Time Received 16:22

CORRECTION OFFICER  Sgt Threat

FORM: LCS-036 (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

E - 5
**LOCATION**

Name _Johnathan Revells_          Date _05/29/05_

☐ Telephone Call          ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem          ☒ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

Sgt. Tabb,

I need a few stamps ~~and~~ envelopes and some paper.

Think You,
Johnathan Ray Revells

<u>Do Not Write Below This Line</u> - For Reply Only

GAVE INMATE TWO STAMPED ENVELOPES

[signature] 6/4/05

Approved _____  Denied _____  Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

E - 6
**LOCATION**

Name _Johnathan    Revells_    Date _02/25/05_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☒ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

Sgt. Tab
    I need some stamps and envelope. I order
some off store will you give them to me tuesday
the 1st or when store gets here or can you just give
me some?

<u>Do Not Write Below This Line</u> - For Reply Only

YOU MAY PURCHASE THESE ITEMS OFF
THE COMMISSARY ON SUNDAY, 3/27/05

JHH 4305
2-26-05

Approved _____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

*Sgt. Tabb*

# Lee County Detention Center
# INMATE REQUEST SLIP

*Sgt. Tabb*

E - 5
**LOCATION**

Name Johnathan Ray Revells          Date 03/09/06

☐ Telephone Call      ☐ Doctor        ☐ Dentist        ☐ Time Sheet
☐ Special Visit       ☐ Personal Problem              ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need some stamps + Envelopes please.

Thank you

<u>Do Not Write Below This Line</u> - For Reply Only

GAVE INMATE TWO STAMPED
ENVELLPES
Jabl 4305
3-16-06

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

E-S

**LOCATION**

Name Johnathan Ray Revells    Date 03/13/06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need to go to the law libaray please

Thank you

<u>Do Not Write Below This Line</u> - For Reply Only

Taken to LAW LIB 3-15-06

cpl Lyles

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

E-5
**LOCATION**

Name Johnathin Revells     Date 3-6-06

- [ ] Telephone Call
- [ ] Special Visit
- [ ] Doctor
- [ ] Personal Problem
- [ ] Dentist
- [ ] Time Sheet
- [x] Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need to go to the
Law Library.

<u>Do Not Write Below This Line</u> - For Reply Only

Taken To Law Library  3/13/06

Wiltsie

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Sgt. Tabb    Lee County Detention Center

**INMATE REQUEST SLIP**

E-5

**LOCATION**

Name _Johnathan Ray Revells_    Date _02/20/06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need some stamps + envelopes please

Thank you
Johnathan Ray Revells

<u>Do Not Write Below This Line</u> - For Reply Only

GAVE INMATE TWO STAMPED ENVELOPES

JalliBos
3-7-06

Approved _____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Sgt. TABB

Lee County Detention Center
# INMATE REQUEST SLIP

E-5

**LOCATION**

Name Johnathan R. Revells          Date 03/02/06

☐ Telephone Call     ☐ Doctor          ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem          ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I need some stamps + Envelops please!

Thak you

<u>Do Not Write Below This Line</u> - For Reply Only

GAVE INMATE TWO STAMPED EWELOPES

Tabb 4305
3-7-06

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____          Time Received _____

CORRECTION OFFICER _____

Lee County Detention Cent'

# INMATE REQUEST SLIP

E – 5
**LOCATION**

Name Johnathan Ray Revells          Date 03/03/06

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need to go to the law library please

Thank You

Johnathan Ray Revells

<u>Do Not Write Below This Line</u> - For Reply Only

TAKEN TO LAW LIBRARY ON 3/5/06
BY : RED NIGHTS

Approved ✓          Denied _____     Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date 3/5/2006     Time Received 20:15

CORRECTION OFFICER AARON

FORM: LCS-038 (6/99)

*NURSE*

## Lee County Detention Center
# INMATE REQUEST SLIP

*Crossed out text*

**E-5**
**LOCATION**

Name _Johnathen Ray Revell_        Date _02/02/06_

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [x] Other

Briefly Outline Your Request.  Give To Jailer

I need some kind of soap I dont
have any money to get any soap off
of Store. I ran out of the soap I
had and have been useing the soap
that the jail gives us and it is
makeing me itch very bad
Please send me something for it
                              Thank you

Do Not Write Below This Line - For Reply Only

Soap is issued once a week when Toilet Paper
is passed out. you get a Roll of Toilet Paper
Bar of Soap, Tooth Brush, and Tooth Paste.

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Sgt. Tabb

Lee County Detention Center
# INMATE REQUEST SLIP

E-5
**LOCATION**

Name _Johnathan Ray Revells_    Date _02/02/06_

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem   ☑ Other

Briefly Outline Your Request.  Give To Jailer

I need some Stamps and envolopes
please

Thank you,

Do Not Write Below This Line - For Reply Only

MUST BE INDIGENT THIRTY CONSECUTIVE
DAYS BEFORE ELLIGIBLE FOR FREE POSTAGE.

J/L C13DS
2-4-04

Approved _____   Denied _____   Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _____   Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# LEE COUNTY SHERIFF'S DEPARTMENT
## REGULATIONS RECEIPT
### (Form #7)

Date: _01 March 2006_                    Time: _4:30 pm_

I, _Jonathan Revels_ , have received copy

number _113_ of the Rules and Regulations governing inmates in the Lee County Jail which

I am/am not (mark one out) able to read. I understand that while in this institution I will abide

by these Rules and Regulations.

I will return the copy of the Rules and Regulations upon my release from jail. I also

understand that I will be responsible for the loss or any damage of the Inmate Rules and

Regulations Handbook and will be charged $2 for its replacement. I also understand that if I

fail to pay for the replacement of the lost or damaged handbook I will have additional criminal

charges filed against me for destruction of county property.

Years of School _8_          _Jonathan Ray Revells /03/01/06_
                             (Inmate's Signature) @ 4:30pm

_____ has today received copy number _____ of the Lee

County Sheriff's Department Rules and Regulations for Inmates.

[ ]    Said inmate stated to me that he was able to read the Rules and Regulations.

[ ]    Said inmate stated that he was not able to read the Rules and Regulations and I explained
       the orientation rules to him.

                             _Samuel Gauke III 43045_
                             Jailer's Signature

                             Date: _01 Mar 06_  Time: _____

## INMATE'S VISITOR INFORMATION FORM

10-7-04

All information **MUST** be complete and legible.  Information which is incomplete or not able to be read will result in that person not being listed on your visitation card.  **All visitors must have a current photo I.D. to get into visitation.**  Children under 12 years of age cannot visit you. Only print **one person on each line.**  You cannot **add or change your card but once every six months** so make sure you put every name on the card the first time you turn it in (4 names) Visitation is a privilege and may be restricted or cancelled at any time.

**INMATE'S NAME:** Johnathan Ray Revells          **CELL #** E - 5

### VISITOR # 1

NAME Johnny Revells          RELATIONSHIP: DAD

ADDRESS 5 ELM St          CITY Phenix City STATE AL

PHONE # (334) &

### VISITOR # 2

NAME Martha Pike          RELATIONSHIP Friend

ADDRESS 5 ELM St          CITY Phenix City STATE AL

PHONE # (334)

### VISITOR # 3

NAME Barbo Revells          RELATIONSHIP Grandmother

ADDRESS 1157 Lee Rd 379 CITY Smiths          STATE AL

PHONE # (334) 298 -0030

### VISITOR # 4

NAME Olie Revells          RELATIONSHIP Grand father

ADDRESS 1157 Lee Rd 379 CITY Smiths          STATE AL

PHONE # (334) 298-0030



# SHERIFF OF LEE COUNTY
## JAY JONES

P.O. BOX 688
OPELIKA, AL  36803-0688

E-mail:
lcso@mindspring.com

Phone (334) 749-5651
Fax (334) 749-4835

## PROPERTY TRANSFER FORM

DATE  9/8/04

CASE _____

RECEIVE  ☒

RELEASE  ☐

THE BELOW LISTED PROPERTY WAS TRANSFERRED AS INDICATED ABOVE TO THE PERSON(S) WHOSE SIGNATURE(S) APPEARS BELOW.

LOCATION OF TRANSFER  Lee Co SD

PROPERTY DESCRIPTION:

3 pairs of socks

2 pairs underwear

1 pk white T-shirt

(Property for Jonathon Revells)

*** Eric Ms. Revells call you when you have the chance — ᴏᴍ

THE ABOVE DESCRIBED PROPERTY IS / WAS INVOLVED IN AN INVESTIGATION BEING CONDUCTED BY THE LEE COUNTY SHERIFF'S DEPARTMENT.

PERSON RECEIVING  Terri Meadows / Inv. E. McCain  ID# 43C3

PERSON RELEASING  Barbara Revells  ID# 298-003D

WITNESS _____  ID# _____

DISPOSITION _____

FORM: LCS-012 (1/99)
DARCO (334)745-0009

| State of Alabama<br>Unified Judicial System<br><br>Form C-81        11/91 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number |
|---|---|---|

IN THE _____ CIRCUIT _____ COURT OF _____ LEE _____ COUNTY

☒ STATE OF ALABAMA          ☐ MUNICIPALITY OF _____

v. _____ JOHNATHAN RAY REVELLS _____ , Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of __CAPITAL MURDER_____ in this Court in violation of _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.
2.) Refrain from committing any criminal offense.
3.) Not depart from the state of Alabama without the leave of the Court having jurisdiction of this case.
4.) Promptly notify the Court of any change of address or phone number.
5.) Other conditions: _____
_____
_____
_____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date: __9-3-04__                              _____
                                                Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: __5-3-04__                              _____
                                                Defendant

| State of Alabama<br>Unified Judicial System<br><br>Form C-80     Rev. 8/2000 | | **ORDER<br>ON INITIAL APPEARANCE** | **Case Number** |
|---|---|---|---|

IN THE _____**CIRCUIT**_____ COURT OF _____**LEE COUNTY**_____, ALABAMA
       (Circuit, District or Municipal)          (Name of County or Municipality)

☒ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. _____**JOHNATHAN RAY REVELLS**_____
                                                             **Defendant**

    The above-named defendant, charged with the criminal offense(s) of _____**CAPITAL MURDER**_____,
was duly brought before the Court for initial appearance on ___**SEPTEMBER 3, 2004**___, at ___**2:00**___ o'clock **P**.m.,
whereupon the Court did the following, as checked in the appropriate blocks:
*(CHECK AS APPLICABLE):*

☐ 1.  Name and address of defendant.
    ____ (a)  Ascertained the true name and address of the defendant to be:
                _5 I / m_
                _Dr...i... rl. Al. 7CK6I_
    ____ (b)  Amended the formal charges to reflect defendant's true name.
    ____ (c)  Instructed the defendant to notify the Court promptly of any change of address.

☒ 2.  Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy
of the charges.

☒ 3.  Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☐ requested   ☐ did not request court-appointed counsel. If requested counsel, defendant ☐ was
☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☒ 4.  Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
against him/her.

☐ 5.  Bail
    ____ (a)  Determined that the defendant shall not be released from custody since charged with a non-bailable
            capital offense.
    ____ (b)  Determined that the defendant shall be released from custody pending further proceedings, subject to
            the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
            conditions:
        ____ 1.)  Execution of an appearance bond (recognizance) in the amount of $ _____.
        ____ 2.)  Execution of a secured appearance bond in the amount of $ _____.
        ____ 3.)  Other conditions (specify) ____ _No R..l_ _____
        _____
        _____

☒ 6.  If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☒ 7.  If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above
named defendant, set a preliminary hearing to be held in the District Court of _____, _____,
an _____ (date) at _____ o'clock ____.m.
    ____ (a)  Notified the District Court that such demand was made.
    ____ (b)  Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8.  Other: _____

_9-3-04_ _____        _L. Cn...x_ _____
Date                                            Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81    11/91 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number |
|---|---|---|

IN THE _____CIRCUIT_____ COURT OF _____LEE_____ COUNTY

☒ STATE OF ALABAMA        ☐ MUNICIPALITY OF _____

v. ____JOHNATHAN RAY REVELLS_____ , Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of ____POSS. CONT. SUB._____ in this Court in violation of _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.
2.) Refrain from committing any criminal offense.
3.) Not depart from the state of Alabama without the leave of the Court having jurisdiction of this case.
4.) Promptly notify the Court of any change of address or phone number.
5.) Other conditions: _____
_____
_____
_____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date: _9-3-04_____        _____
                                                  Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: _9-3-04_____        _____
                                                  Defendant

| State of Alabama<br>Unified Judicial System<br><br>Form C-80    Rev. 8/2000 | ORDER<br>ON INITIAL APPEARANCE | Case Number |
|---|---|---|

IN THE _____CIRCUIT_____ COURT OF _____LEE COUNTY_____, ALABAMA
           (Circuit, District or Municipal)            (Name of County or Municipality)

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. ___JOHNATEAN RAY REVELLS___
                                                       **Defendant**

The above-named defendant, charged with the criminal offense(s) of ___POSS. CONT. SUB.___,
was duly brought before the Court for initial appearance on ___SEPTEMBER 3, 2004___, at ___11:00___ o'clock _A_.m.,
whereupon the Court did the following, as checked in the appropriate blocks:
*(CHECK AS APPLICABLE):*

☑ 1. Name and address of defendant.
    ____ (a) Ascertained the true name and address of the defendant to be:
        _____ _E_ _Elm_ _____
        _____ _Precin. cly_ _Hc_ _26 # A 7_ _____
    ____ (b) Amended the formal charges to reflect defendant's true name.
    ____ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☐ requested ☐ did not request court-appointed counsel. If requested counsel, defendant ☐ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail
    ____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
    ____ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
        ____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
        ____ 2.) Execution of a secured appearance bond in the amount of $ _3,000.00_ .
        ____ 3.) Other conditions (specify) _____
        _____
        _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____
    an _____ (date) at _____ o'clock ____.m.
    ____ (a) Notified the District Court that such demand was made.
    ____ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____

___9-3-04_____            _____
Date                                   Judge/Magistrate



### SHERIFF OF LEE COUNTY
## JAY JONES
P.O. BOX 688
OPELIKA, AL 36803-0688



E-mail:
lcso@mindspring.com

Phone (334) 749-5651
Fax (334) 749-4835

| Correction Specialist Progress Note |
|---|

**Date:** 9/2/4
**Inmate:** Revells, John
**Current Medications & Allergies:** none reported
**Cell Assignment:** E - 6
**Charges:** Possession of a controlled substance
**Current GAF:** 50
**Subjective:** Writer assessed inmate today secondary to concerns regarding his present mental status and potential cell assignment problems. Inmate is a reported 26 YOWM who presents stating he has had a lot on his mind and is under a tremendous amount of stress. Inmate was arrested and incarcerated on 9/2/4 secondary to the possession of a controlled substance. Inmate reports that the substance was crack cocaine and he has been using it since the age of sixteen.

**Objective:** Inmate is a 26 YOWM who presents with a full/nervous affect and is alert and oriented to person, place, and situation. His appearance is appropriate for the setting and his behavior is cooperative. It was noted that the inmate had a dressing on his right hand. Inmate states he injured his hand while running through the woods. Inmate states his appetite and sleep cycle have been poor over the past week secondary to his complaint of racing thoughts and increased stress. Writer observed the inmate eat all the portions on his lunch tray during the course of this interview. Inmate describes his mood as depressed but feels this is situational and denies any depressive episodes in the past. He denies that he is presently experiencing suicidal/homicidal/paranoid ideation and any history thereof. He denies that he has ever attempted or made suicidal gestures in the past. Inmate also denies that he is experiencing auditory, visual, olfactory, tactile, and or gustatory hallucinations. Inmate does not appear to be delusional and no ideas of reference were noted. Inmate states he has been using crack cocaine since the age of sixteen and denies that he has ever received rehabilitative services for his dependence. He also denies that he is or ever has taken psychotropic medications or received psychiatric services. Inmate states he last used cocaine one week ago and reports he uses as much as he can get. He denies recent ETOH consumption but admits to having an occasional beer.
**Assessment:**

| Appearance: appropriate | Affect/Mood: full/nervous | Perception: denies hallucinations |
|---|---|---|
| Behavior: cooperative | Orientation: x 3 | Intellect: estimated average |
| Appetite: reportedly poor | Memory: intact | Insight/Judgment: fair |
| Sleep: reportedly poor | Thought Content: denies SI/HI/PI | Substance Abuse: crack cocaine one week ago |
| Speech: WNL, clear | Thought Process: normal | Med Compliance: NA |

**Plan/Disposition:** Inmate is stable at this time with regard to cell assignment and may be assigned to general population once he completes three days of protective custody with full suicide precautions. A no harm contract was negotiated and writer will continue to f/u with inmate on a daily basis.

AXIS I: Adjustment Disorder with Mixed Anxiety and Depressed Mood
        Cocaine Dependence
AXIS II: R/O Personality Disorder, NOS
AXIS III: Injured hand
AXIS IV: Legal Issues, Incarceration
AXIS V: Current GAF = 50


James Eason, MS, ALC, CRC, CVE, Correction Specialist/Mental Health Officer  # 43D47
Lee County Sheriff's Office & Detention Center

Lee County Sheriff's Office    Thursday    tember 02, 2004    Page 1 of 2



REVELLS, JOHNATHAN RAY.



REVELLS, JOHNATHAN RAY.

Lee County Sheriff's Office    Thursday, September 02, 2004    Page 2 of 2



REVELLS, JOHNATHAN RAY.

# INDIVIDUAL'S PERSONAL EFFECTS

### In Possession Of

## SHERIFF'S OFFICE, LEE COUNTY

NAME _Revells, Johnathan_

SEARCHED BY _Jones_

TIME _____ DATE _12/4/01_

MONEY $ _____

ARTICLES BY NAME _Cigs (2m), Hat_

**The above listing is all my personal effects turned in to Sheriff's Office at the time of booking.**

Signature _____

Please Call: _____

## PROPERTY RECEIPT

I hereby acknowledge receipt of the articles named above.

On this date _____

Signature _Johnathan Ray Revells_

Form: LCS-ENV-03 (4/95) DARCO

# EE COUNTY DETENTION CEN`.
## SPECIAL REPORT
### Opelika, Alabama

Subject :   Inmate Revells, Jonathan                    Date of Incident:   July 18,  2002

To the Sheriff of Lee County:

I report the following incident    Inmate Revells chronically reporting in late from work

which occurred at    0300 hours          am/pm          Lee County Detention Center

**Below give full-particulars, together with names of principals and witnesses and their addresses.**

Over the past two weeks, inmate Jonathan Revells has been reporting in from work later and later.  This inmate exits the facility for work at approximately 0500 hours every morning and does not report back in until 1900, 2000, or 2100 hours that evening.  On July 17th, 2002, inmate Revells exited the Detention Center at 0515 hours.  During the second headcount, at 0200 hours on 7/18/02, inmate Revells was not in cell C-1.  He was the only inmate that had not reported in from work.  I, Sgt. Tabb, talked with Officer Ausby and asked her if anyone had called booking with any information on inmate Revells, which she stated they had not.  As of the completion of this report, which was 0300 hours, inmate Revells still had not reported in from work.  Nothing further.

Reported by:  _Tody KTabb  4305_                    Shift :  _BSD/DAC NIGHTS_

Address  _____                    Phone # :  _____

Complaint Receeived by  _____        How:  _____

Assigned to  _____

## INMATE PACKAGE INVENTORY FORM

C-1

INMATE NAME: _Revelle  Johnathan_    DATE: _5-30-02_

| | | | | | |
|---|---|---|---|---|---|
| UNDERWEAR | 3 | PANTIES | ___ | SOCKS | ___ |
| T-SHIRTS | ___ | BIBLE | ___ | T.V. (13 IN.) | ___ |

ANY ABOVE CLOTHING ITEM WILL BE LIMITED TO THREE (3) PAIRS OR THREE (3) OF ANY ONE ITEM.  ALL CLOTHING ITEMS MUST BE WHITE IN COLOR UNLESS PRIOR GRANTED BY A JAIL SUPERVISOR.

THE FOLLOWING ITEMS WERE RECEIVED, BUT NOT AUTHORIZED, AND PLACED IN YOUR PERSONAL PROPERTY: _____

_____

_____

_____

BY OFFICER: _____ DATE: _____ TIME: _____

COMMENTS: _____

_____

_____

THE ABOVE ITEMS WERE RECEIVED BY THE LEE COUNTY SHERIFF'S DEPARTMENT.
RECEIVING OFFICER: _____ DATE: _____

_Diana Looney_
VISITOR'S SIGNATURE

████████████████████
SOCIAL SECURITY NUMBER

████████  ████████
D.O.B.        D.L. #

_JM_
INSPECTING OFFICER'S

_____
OFFICER'S SIGNATURE

_____
INMATE'S SIGNATURE

Lee County Detention Center
# INMATE REQUEST SLIP

Name Johnathan Revells

D-4
**LOCATION**

Date 01/28/02

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

Sgt. Welch

I would like to be moved to Mantence. It is only
for 3 days. I will sleep on the Floor or what
ever it takes. My boss is not going to wate
long befor he hires someone elce. I only have
six month's left in jail
                                    Thank you,
                                    Johnathan Ray Revells.

<u>Do Not Write Below This Line</u> - For Reply Only

You'll be moved to maintenance
has soon as possible

                                    Sgt. Welch
                                    1-29-02

Approved _____    Denied _____

                                    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy

Date _____    _____    ☐ Sheriff

                    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-036 (6/99)

INMATE PACKAGE INVENTORY FORM                    D-4

INMATE NAME: Revells Johnathan    DATE: 1-31-02

| | | | | | |
|---|---|---|---|---|---|
| UNDERWEAR | ____ | PANTIES | ____ | SOCKS | ____ |
| T-SHIRTS | ____ | BIBLE | ____ | T.V. (13 IN.) | ____ |

Shoes-1

ANY ABOVE CLOTHING ITEM WILL BE LIMITED TO THREE (3) PAIRS OR THREE (3) OF ANY ONE ITEM.  ALL CLOTHING ITEMS MUST BE WHITE IN COLOR UNLESS PRIOR GRANTED BY A JAIL SUPERVISOR.

THE FOLLOWING ITEMS WERE RECEIVED, BUT NOT AUTHORIZED, AND PLACED IN YOUR PERSONAL PROPERTY: _____

_____

_____

_____

BY OFFICER: _____  DATE: _____  TIME: _____

COMMENTS: _____

_____

_____

THE ABOVE ITEMS WERE RECEIVED BY THE LEE COUNTY SHERIFF'S DEPARTMENT.

RECEIVING OFFICER: _____  DATE: _____

Diana L. Looney
_____
VISITOR'S SIGNATURE

[redacted]
_____
SOCIAL SECURITY NUMBER

[redacted]        [redacted]
_____
            D.L. #

M Callan
_____
INSPECTING OFFICER'S

_____
OFFICER'S SIGNATURE

Johnathan Revells
_____
INMATE'S SIGNATURE

```
ACR359                        .BAMA JUDICIAL DATA CENTE'
                                     LEE COUNTY
                               TRANSCRIPT OF RECORD
                               CONVICTION REPORT
                                              CC 1998 000148.00 00
                                              HON. JACOB A. WALKER III
```

---

CIRCUIT COURT OF LEE COUNTY                    COURT ORI: 043015 J

STATE OF ALABAMA      VS.           DC NO:        0000 000000.00
REVELLE JOHNATHAN RAY      ALIAS:   G J: 137
2060 LEE RD 430            ALIAS:   SSN:
SMITHS AL  36877                    SID: 000000000
                                    AIS:

---

DOB:                SEX: M  HT: 0 00    WT: 000  HAIR:        EYE:
RACE:   ( )W ( )B ( )O  COMPLEXION: _____  AGE: ____  FEATURES: _____

---

DATE OFFENSE: 00/00/0000  ARREST DATE: 11/07/1997  ARREST ORI: CL50

---

CHARGES & CONV    CITES        CT CL COURT ACTION            CA DATE
YOUTHFUL OFFENDER  015-019-001   01 0  YOUTHFUL OFFENDER   02/03/1998
                                 0                         00/00/0000
                                 0                         00/00/0000

---

JUDGE: HON. JACOB A. WALKER III    PROSECUTOR: MYERS RONALD L

---

PROBATION APPLIED   GRANTED  DATE     REARRESTED DATE  REVOKED  DATE
( )Y( )N         ( )Y( )N _____    ( )Y( )N _____  (X)Y( )N 01182002

---

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED   TOTAL     JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 08 000  00 00 000  00 08 000  00 00 000
            PROBATION :  00 00 000             00 00 000
DATE SENTENCED: 02/03/1998    SENTENCE BEGINS: 01/18/2002

---

PROVISIONS              COSTS/RESTITUTION          DUE      ORDERED

  JAIL                  RESTITUTION              $0.00      $40.00
                        ATTORNEY FEE             $0.00     $500.00
                        CRIME VICTIMS            $0.00      $50.00
                        COST                     $0.00     $207.00
                        FINE                     $0.00       $0.00
                        MUNICIPAL FEES           $0.00       $0.00
                        DRUG FEES                $0.00       $0.00
                        ADDTL DEFENDANT          $0.00       $0.00
                        DA FEES                  $0.00       $0.00
                        COLLECTION ACCT          $0.00      $12.00
                        JAIL FEES                $0.00       $0.00

YOUTHFUL OFND           TOTAL                    $0.00     $809.00

---

APPEAL DATE      SUSPENDED       AFFIRMED        REARREST
( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

---

REMARKS:                          THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
                                  FROM OFFICIAL COURT RECORDS
                                  AND IS TRUE AND CORRECT.
NO OBJECTION TO WORK RELEASE

                                  Corinne T. Herst

                                  CORINNE T. HURST

                                  01/24/2002

---

OPERATOR: LEW
PREPARED: 01/24/2002

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY | Case Number |
|---|---|---|
| Form C-7  Rev. 2/79 | CONTINUATION | CC 98 148 |
| | | ID    YR    Number |

Style: State v. Johnathan Revells                Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 12-17-01 | The Court has been informed that this Defendant has been arrested on the Writ issued in this case on January 23, 2001.  This case is set for a Probation Revocation Hearing on **JANUARY 3, 2002, at 8:00 A.M.** in Courtroom Three of the Lee County Justice Center, Opelika, Alabama. |
| | |
| | cc:    Hon. Nick Abbett |
| | Officer Donna Russ |
| | Major Cary Torbert |
| | FILED IN OFFICE  DEC 1 9 2001 |

INMATE PACKAGE INVENTORY FORM                    F - 4

INMATE NAME: Revells  Johnathan          DATE: 12-6-01

UNDERWEAR      23        PANTIES      ____       SOCKS        3
T-SHIRTS       3         BIBLE        1          T.V. (13 IN.) ____


ANY ABOVE CLOTHING ITEM WILL BE LIMITED TO THREE (3) PAIRS OR THREE (3) OF ANY ONE ITEM. ALL CLOTHING ITEMS MUST BE WHITE IN COLOR UNLESS PRIOR GRANTED BY A JAIL SUPERVISOR.

THE FOLLOWING ITEMS WERE RECEIVED, BUT NOT AUTHORIZED, AND PLACED IN YOUR PERSONAL PROPERTY: _____

_____

_____

_____

BY OFFICER: _____ DATE: _____ TIME: _____

COMMENTS: _____

_____

_____

THE ABOVE ITEMS WERE RECEIVED BY THE LEE COUNTY SHERIFF'S DEPARTMENT.
RECEIVING OFFICER: _____ DATE: _____

_Milla Daw_____               _M. Cale_____
VISITOR'S SIGNATURE                       INSPECTING OFFICER'S

████████████████████                      _____
SOCIAL SECURITY NUMBER                     OFFICER'S SIGNATURE

████████   ███████████                    _Johnthan  Revells____
D.O.B.        D.L. #                       INMATE'S SIGNATURE

CANNOT  CHANGE FOR SIX MONTHS!!!!

# INMATE VISITOR INFORMATION FORM

12-4-0

*ALL INFORMATION MUST BE COMPLETE AND MUST BE LEGIBLE.  INFORMATION
WHICH IS INCOMPLETE OR NOT LEGIBLE WILL RESULT IN THAT PERSON NOT BEING
LISTED ON YOUR VISITATION CARD.  NEWLY ARRIVED INMATES ARE NOT ELIGIBLE
FOR VISITATION DURING THEIR FIRST SEVEN DAYS AT THE LEE COUNTY
DETENTION CENTER IN ORDER TO ALLOW TIME FOR A BACKGROUND CHECK TO BE
CONDUCTED ON THE VISITORS LISTED BELOW.  VISITATION IS A PRIVILEGE AND
MAY BE RESTRICTED OR WITHDRAWN AT ANY TIME.*

**INMATE NAME** Johnathan Ray Revells        **CELL#** F-4

**VISITOR #1**

**NAME** Diana Lynn Looney        **RELATIONSHIP** Girlfriend
**ADDRESS** 2164 Lee Rd 430        **CITY** Smiths        **STATE** AL
**TELEPHONE** (334) 297- 3710

**VISITOR #2**

**NAME** Milton K. Daeus        **RELATIONSHIP** friend
**ADDRESS** 476 Lee Rd 430        **CITY** Smiths        **STATE** AL
**TELEPHONE** (334) 298 - 2901

**VISITOR #3**

**NAME** ~~~~ Larry west        **RELATIONSHIP** ~~~~ friend ~~~~
**ADDRESS** ~~~~ 2164 Lee Rd 430        **CITY** Smiths        **STATE** AL
**TELEPHONE** (334) 297 — 3710

**VISITOR #4**

**NAME** Johnny Ray Revells        **RELATIONSHIP** Dad
**ADDRESS** 884 Lee Rd 430        **CITY** Smiths        **STATE** AL
**TELEPHONE** (334) 298 - 0030

# LEE COUNTY DETETION CENTER
## LAUNDRY BAG ISSUE AND RECEIPT FORM
### PROPERTY ISSUE:

NAME: _Johnathan Ray Nevells_ DATE: _12-04-01_ TIME: _1206_

NOTICE TO INMATE: DEFACING, DESTRUCTION, ALTERING, **OR LOSS OF COUNTY** PROPERTY THAT YOU HAVE BEEN ISSUED, WILL RESULT IN DISCIPLINARY AND/ OR CRIMINAL ACTION BEING TAKEN AGAINST YOU. ALL NON-CONSUMMABLE ITEMS WILL BE RETURNED TO JAIL OFFICERS WHEN YOU ARE RELEASED OR YOU WILL BE CHARGED $5.OO **FOR ONE(1) LAUNDRY BAG.**

**I HAVE RECEIVED THE ABOVE LISTED ITEMS FROM THE LEE COUNTY DETENTION CENTER AND I HAVE READ AND UNDERSTAND THE ABOVE "NOTICE TO THE INMATE CONCERNING ISSUANCE AND RETURNING THE LAUNDRY BAG.**

_Johnathan Ray Nevells_

INMATE"S SIGNATURE

**THE ABOVE INMATE HAS BEEN ISSUED THE ABOVE LISTED ITEM AND READ AND UNDERSTAND THE "NOTICE TO THE INMATE."IF THE INMATE COULD NOT READ, I HAVE READ IT TO HIM/HER AND ANSWERED ANY QUESTIONS THAT THE INMATE MIGHT HAVE.**

OFFICER'S SIGNATURE



Front



Front

BloodHound    Tuesday, December 04, ''''01    Page 2 of 2



Left Profile

# LEE COUNTY SHERIFF'S DEPARTMENT
## REGULATIONS RECEIPT
### (Form #7)

Date: __12|4|01__                                  Time: __10,00__

I, __Johnathan Revells__ , have received copy

number __506__ of the Rules and Regulations governing inmates in the Lee County Jail which

I am/am not (mark one out) able to read. I understand that while in this institution I will abide

by these Rules and Regulations.

I will return the copy of the Rules and Regulations upon my release from jail. I also

understand that I will be responsible for the loss or any damage of the Inmate Rules and

Regulations Handbook and will be charged $2 for its replacement. I also understand that if I

fail to pay for the replacement of the lost or damaged handbook I will have additional criminal

charges filed against me for destruction of county property.

Years of School __11__                        __Johnathan Ray Revells__
                                               Inmate's Signature

---

__Johnathan Revells__ has today received copy number __506__ of the Lee

County Sheriff's Department Rules and Regulations for Inmates.

☒   Said inmate stated to me that he was able to read the Rules and Regulations.

☐   Said inmate stated that he was not able to read the Rules and Regulations and I explained
    the orientation rules to him.

                            _____
                            Jailer's Signature

                            Date: __12|4|01__   Time: __1000__

```
                           LEE COUNTY SHERIFF'S OFFICE
09/02/2004      01:14:25    MEDICAL SCREENING FORM                    PAGE 1
===============================================================================
Booking No: 040004175  Date: 09/02/2004   Time: 01:07   Type: NORMAL
Agency to Bill: LEE COUNTY                 Facility: COUNTY JAIL

Inmate Name: REVELLS JOHNATHAN RAY                  Race: W        Sex: M
     DOB: ████████  Age:  25  SSN: ████████  Height: 5'11"  Weight: 220
-------------------------------------------------------------------------------
```

_____  1.  Is inmate unconscious?

_____  2.  Does inmate have any visible signs of trauma, illness, obvious pain
            and bleeding, requiring immediate emergency or doctor's care?

_____  3.  Is there obvious fever, swollen lymph nodes, jaundice or other
            evidence of infection that might spread through the facility?

_____  4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_____  5.  Does inmate appear to be under the influence of drugs or alcohol?

_____  6.  Any visible signs of alcohol or drug withdrawal?

_____  7.  Does inmate's behavior suggest the risk of suicide or assault?

_____  8.  Is inmate carrying any medication?

_____  9.  Does the inmate have any physical deformities?

_____ 10.  Does inmate appear to have psychiatric problems?

       11.  Do you have or have you ever had or has anyone in your family
            ever had any of the following?

       ____ a. Allergies      ____ f. Fainting Spells      ____ k. Seizures

       ____ b. Arthritis      ____ g. Hearing Condition     ____ l. Tuberculosis

       ____ c. Asthma         ____ h. Hepatitis             ____ m. Ulcers

       ____ d. Diabetes       ____ i. High Blood Pressure   ____ n. Venereal Disease

       ____ e. Epilepsy       ____ j. Psychiatric Disorder  ____ o. Other (Specify)


Other: _____

       _____

       _____


       12.  For females only:

            ____ a. Are you pregnant?

            ____ b. Do you take birth control pills?

            ____ c. Have you recently delivered?

```
                              LEE COUNTY SHERIFF'S OFFICE
09/02/2004      01:14:25      MEDICAL SCREENING FORM                  PAGE 2
===============================================================================
Booking No: 040004175  Date: 09/02/2004  Time: 01:07  Type: NORMAL
Agency to Bill: LEE COUNTY                  Facility: COUNTY JAIL

Inmate Name: REVELLS JOHNATHAN RAY                  Race: W        Sex: M
       DOB:                Age: 25  SSN:              Height: 5'11"  Weight: 220
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

_____  13.  Have you recently been hospitalized or treated by a doctor?

_____  14.  Do you currently take any non-prescription medication or medication
             prescribed by a doctor?

_____  15.  Are you allergic to any medication?

_____  16.  Do you have any handicaps or conditions that limit activity?

_____  17.  Have you ever attempted suicide or are you thinking about it now?

_____  18.  Do you regularly use alcohol or street drugs?

_____  19.  Do you have any problems when you stop drinking or using drugs?

_____  20.  Do you have a special diet prescribed by a physician?

_____  21.  Do you have any problems or pain with your teeth?

_____  22.  Do you have any other medical problems we should know about?

             _____

             _____

             _____

             _____

             _____

             _____

             _____


I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.


INMATE:_____  DATE:_____  TIME:_____


BOOK OFFICER:_____  DATE:_____  TIME:_____

```
                          LEE COUNTY SHERIFF'S OFFICE
08/05/2002   11:50:54      INMATE CHARGE SHEET                    PAGE   3
================================================================================
BOOKING NO: 010004689    INMATE NAME: REVELLS JOHNATHAN RAY
================================================================================
  CHARGE NO:  1  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE: CC98-148           # OF COUNTS:   1
    OFFENSE: PROB VIOL/YO         WARRANT #:
     CASE #: CC98-148
   BOND AMT: 8 MO SPL                  FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 12/04/2001           ARST AGENCY: LCSO
ARST OFFICR: PITTS                    COUNTY: LEE
      COURT: CC                        JUDGE:
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS: 8 MO SPLIT NO OBJ TO WORK RELEASE
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
  CHARGE NO:  2  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: DC99-3523          # OF COUNTS:   1
    OFFENSE: FTP/NWNI            WARRANT #:
     CASE #: DC99-3523
   BOND AMT: 0                         FINE:      $106.19
   BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001           ARST AGENCY: LCSO
ARST OFFICR: WHITT                    COUNTY: LEE
      COURT:                           JUDGE: NIX
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY D13
--------------------------------------------------------------------------------
  CHARGE NO:  3  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: DC99-3524          # OF COUNTS:   1
    OFFENSE: FTA/NWNI            WARRANT #:
     CASE #: DC99-3524
   BOND AMT: 0                         FINE:       $68.80
   BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001           ARST AGENCY:
ARST OFFICR:                          COUNTY:
      COURT:                           JUDGE: NIX
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY D13
--------------------------------------------------------------------------------
```

```
                         LEE COUNTY SHERIFF'S OFFICE
08/05/2002    11:50:54        INMATE CHARGE SHEET                   PAGE    4
===============================================================================
BOOKING NO: 010004689    INMATE NAME: REVELLS JOHNATHAN RAY
===============================================================================
   CHARGE NO:  4  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: DC99-3525              # OF COUNTS:  1
    OFFENSE: FTP/NWNI                 WARRANT #:
     CASE #: DC99-3525
   BOND AMT: 0                                 FINE:     $60.09
   BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001             ARST AGENCY:
ARST OFFICR:                            COUNTY:
      COURT:                             JUDGE: NIX
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY D13
-------------------------------------------------------------------------------
   CHARGE NO:  5  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: DC99-3526              # OF COUNTS:  1
    OFFENSE: FTP/NWNI                 WARRANT #:
     CASE #: DC99-3526
   BOND AMT: 0                                 FINE:    $110.40
   BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001             ARST AGENCY: LCSO
ARST OFFICR:                            COUNTY:
      COURT:                             JUDGE: NIX
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY D13
-------------------------------------------------------------------------------
   CHARGE NO:  6  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: DC99-3527              # OF COUNTS:  1
    OFFENSE: FTP/NWNI                 WARRANT #:
     CASE #: DC99-3527
   BOND AMT: 0                                 FINE:     $74.59
   BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001             ARST AGENCY: LCSO
ARST OFFICR:                            COUNTY:
      COURT:                             JUDGE: NIX
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY D13
-------------------------------------------------------------------------------
```

```
                              LEE COUNTY SHERIFF'S OFFICE
08/05/2002    11:50:54        INMATE CHARGE SHEET                    PAGE    5
==============================================================================
BOOKING NO: 010004689    INMATE NAME: REVELLS JOHNATHAN RAY
==============================================================================
  CHARGE NO:   7  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: DC99-3528              # OF COUNTS:   1
     OFFENSE: FTP/NWNI                  WARRANT #:
      CASE #: DC99-3528
    BOND AMT: 0                              FINE:      $74.59
    BAIL AMT:
 INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
 RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001             ARST AGENCY: LCSO
ARST OFFICR:                            COUNTY:
       COURT:                            JUDGE: NIX
DEF ATTORNY:                       DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY D13
-------------------------------------------------------------------------------
  CHARGE NO:   8  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: DC99-3529              # OF COUNTS:   1
     OFFENSE: FTP/NWNI                  WARRANT #:
      CASE #: DC99-3529
    BOND AMT: 0                              FINE:      $68.80
    BAIL AMT:
 INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
 RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001             ARST AGENCY: LCSO
ARST OFFICR:                            COUNTY:
       COURT:                            JUDGE: NIX
DEF ATTORNY:                       DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY D13
-------------------------------------------------------------------------------
  CHARGE NO:   9  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: DC99-3530              # OF COUNTS:   1
     OFFENSE: FTP/NWNI                  WARRANT #:
      CASE #: DC99-3530
    BOND AMT: 0                              FINE:      $61.59
    BAIL AMT:
 INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
 RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001             ARST AGENCY: LCSO
ARST OFFICR:                            COUNTY:
       COURT:                            JUDGE: NIX
DEF ATTORNY:                       DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY D13
-------------------------------------------------------------------------------
```

```
                              LEE COUNTY SHERIFF'S OFFIC
08/05/2002    11:50:54        INMATE CHARGE SHEET                    PAGE    6
===============================================================================
BOOKING NO: 010004689    INMATE NAME: REVELLS JOHNATHAN RAY
===============================================================================
   CHARGE NO:  10  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: DC99-3531          # OF COUNTS:   1
    OFFENSE: FTP/NWNI             WARRANT #:
     CASE #: DC99-3531
   BOND AMT: 0                         FINE:       $74.95
   BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001         ARST AGENCY: LCSO
ARST OFFICR:                        COUNTY:
      COURT:                         JUDGE: NIX
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS :
   COMMENTS :
   COMMENTS : INMATE RELEASED BY D13
-------------------------------------------------------------------------------
   CHARGE NO:  11  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: DC99-3522          # OF COUNTS:   1
    OFFENSE: FTP/NWNI             WARRANT #:
     CASE #: DC99-3522
   BOND AMT: 0                         FINE:      $614.02
   BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/06/2001         ARST AGENCY: LCSO
ARST OFFICR: WHITT                  COUNTY:
      COURT:                         JUDGE: NIX
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS :
   COMMENTS :
   COMMENTS : INMATE RELEASED BY D13
-------------------------------------------------------------------------------
```

```
                                    _E COUNTY SHERIFF'S OFFICE
12/04/2001      09:59:24            INMATE BOOKING SHEET                      PAGE    1
============================================================================
BOOKING NO: 010004689

INMATE NAME: REVELLS JOHNATHAN RAY
        ALIAS:                                    RACE:  W      SEX:  M
        ALIAS:                                      HT:  5'11"  HAIR: RED
        ADDRESS: 2060 LEE RD 430                    WT:  220    EYES: GRN
   CITY/ST/ZIP: SMITHS, AL                     COMPLEX:
   HOME PHONE: 000-000-0000                        SSN:  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
          DOB:                  AGE:  22         DL ST:           DLN:
   PLCE BIRTH: PHENIX CITY                         SID:
        STATE: AL                                LOCID:  16612
    M. STATUS:
     RELIGION:
   GANG ASSOC:
SCARS/TATTOOS: RED LEFT ARM/ DIANA W/ HEART R-ARM
```

| STATE OF ALABAMA UNIFIED JUDICIAL SYSTEM LEE COUNTY FORM CC-30 | COMMITTAL TO CUSTODY | CASE NUMBER CC 98-148 ID   YR   Case No. |
|---|---|---|

State of Alabama

**ORDER OF RELEASE FROM JAIL**

State of Alabama
Unified Judicial System

Form C-42   Rev 6/88

Case Number

CC 98-148

IN THE _____ Circuit _____ COURT OF _____ Lee _____ COUNTY

STATE OF ALABAMA        v.    Johnathan R. Revells

**TO THE JAILER WITH CUSTODY OF THE DEFENDANT**

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Reason for Release _____ Released _____                                    By:

Date _____ 8/5/02 _____                                    Judge/Clerk

COURT RECORD  (Original)      JAILER  (Copy)

JUDGE

```
============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: Johnathan Ray Revells  DATE: 12-04-01  TIME: 1003

BOOK OFFICER: _____             DATE: _____      TIME: _____
```

```
                              .E COUNTY SHERIFF'S OFFICE
12/04/2001     09:59:24        INMATE BOOKING SHEET                  PAGE    2
================================================================================
BOOKING NO: 010004689      INMATE NAME: REVELLS JOHNATHAN RAY
================================================================================
         COURT: CC                  ATTORNEY ON REC:
         JUDGE:                           PHONE: 000-000-0000
       REMARKS:
       REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 12/04/2001  BOOK TIME: 09:47  BOOK TYPE: NORMAL

   ARREST DATE: 12/04/2001         BOOKING OFFICER: BLACK
   ARREST DEPT: LCSO               CELL ASSIGNMENT: F4
 ARRST OFFICER: PITTS                    MEAL CODE: 01  LEE COUNTY
 PROJ. RLSDATE: 00/00/0000                FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: JONES              CLASSIFICATION:
   TYPE SEARCH:                     WORK RELEASE: N
 INTOX RESULTS:

        HOLDS: N
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:

        NOTES:
        NOTES:
        NOTES:
```

```
                              __E COUNTY SHERIFF'S OFFICE
12/04/2001    13:06:08          INMATE CHARGE SHEET                       PAGE    1
===================================================================================
BOOKING NO: 010004689      INMATE NAME: REVELLS JOHNATHAN RAY
===================================================================================
   CHARGE NO:   1 DISPOSITION: OPEN                 HOLD: N

ALA STATUTE: CC98-148                # OF COUNTS:   1
    OFFENSE: PROB VIOL/YO               WARRANT #:
     CASE #: CC98-148
   BOND AMT: 0                              FINE:       $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 12/04/2001           ARST AGENCY: LCSO
ARST OFFICR: PITTS                    COUNTY: LEE
      COURT: CC                         JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
   ------------------------------------------------------------------------------
   CHARGE NO:   2 DISPOSITION: OPEN                 HOLD: N

ALA STATUTE: DC99-3523               # OF COUNTS:   1
    OFFENSE: FTP/NWNI                  WARRANT #:
     CASE #: DC99-3523
   BOND AMT: 0                              FINE:     $106.19
   BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 12/04/2001           ARST AGENCY: LCSO
ARST OFFICR: WHITT                    COUNTY: LEE
      COURT:                           JUDGE: NIX
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
   ------------------------------------------------------------------------------
   CHARGE NO:   3 DISPOSITION: OPEN                 HOLD: N

ALA STATUTE: DC99-3524               # OF COUNTS:   1
    OFFENSE: FTA/NWNI                  WARRANT #:
     CASE #: DC99-3524
   BOND AMT: 0                              FINE:      $68.80
   BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 12/04/2001           ARST AGENCY:
ARST OFFICR:                          COUNTY:
      COURT:                           JUDGE: NIX
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
   ------------------------------------------------------------------------------
```

Added 12-06-01

DC99-3522    FTA/NWNI    ⊖     fines
$614.03

```
                              ___E COUNTY SHERIFF'S OFFICE
 12/04/2001     13:06:08          INMATE CHARGE SHEET                    PAGE    2
===============================================================================
 BOOKING NO: 010004689      INMATE NAME: REVELLS JOHNATHAN RAY
===============================================================================
    CHARGE NO:   4  DISPOSITION: OPEN              HOLD: N

 ALA STATUTE: DC99-3525            # OF COUNTS:    1
     OFFENSE: FTP/NWNI               WARRANT #:
      CASE #: DC99-3525
     BOND AMT: 0                              FINE:      $60.09
     BAIL AMT:
 INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 12/04/2001            ARST AGENCY:
 ARST OFFICR:                           COUNTY:
       COURT:                            JUDGE: NIX
 DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
 ------------------------------------------------------------------------------
    CHARGE NO:   5  DISPOSITION: OPEN              HOLD: N

 ALA STATUTE: DC99-3526            # OF COUNTS:    1
     OFFENSE: FTP/NWNI               WARRANT #:
      CASE #: DC99-3526
     BOND AMT: 0                              FINE:     $110.40
     BAIL AMT:
 INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 12/04/2001            ARST AGENCY: LCSO
 ARST OFFICR:                           COUNTY:
       COURT:                            JUDGE: NIX
 DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
 ------------------------------------------------------------------------------
    CHARGE NO:   6  DISPOSITION: OPEN              HOLD: N

 ALA STATUTE: DC99-3527            # OF COUNTS:    1
     OFFENSE: FTP/NWNI               WARRANT #:
      CASE #: DC99-3527
     BOND AMT: 0                              FINE:      $74.59
     BAIL AMT:
 INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 12/04/2001            ARST AGENCY: LCSO
 ARST OFFICR:                           COUNTY:
       COURT:                            JUDGE: NIX
 DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
 ------------------------------------------------------------------------------
```

```
                         LEE COUNTY SHERIFF'S OFFICE
 12/04/2001    13:06:08       INMATE CHARGE SHEET                    PAGE    3
 ==============================================================================
 BOOKING NO: 010004689     INMATE NAME: REVELLS JOHNATHAN RAY
 ==============================================================================
   CHARGE NO:  7 DISPOSITION: OPEN                HOLD: N

 ALA STATUTE: DC99-3528          # OF COUNTS:   1
     OFFENSE: FTP/NWNI             WARRANT #:
      CASE #: DC99-3528
     BOND AMT: 0                           FINE:      $74.59
     BAIL AMT:
 INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 12/04/2001           ARST AGENCY: LCSO
 ARST OFFICR:                          COUNTY:
       COURT:                            JUDGE: NIX
 DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
 ------------------------------------------------------------------------------
   CHARGE NO:  8 DISPOSITION: OPEN                HOLD: N

 ALA STATUTE: DC99-3529          # OF COUNTS:   1
     OFFENSE: FTP/NWNI             WARRANT #:
      CASE #: DC99-3529
     BOND AMT: 0                           FINE:      $68.80
     BAIL AMT:
 INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 12/04/2001           ARST AGENCY: LCSO
 ARST OFFICR:                          COUNTY:
       COURT:                            JUDGE: NIX
 DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
 ------------------------------------------------------------------------------
   CHARGE NO:  9 DISPOSITION: OPEN                HOLD: N

 ALA STATUTE: DC99-3530          # OF COUNTS:   1
     OFFENSE: FTP/NWNI             WARRANT #:
      CASE #: DC99-3530
     BOND AMT: 0                           FINE:      $61.59
     BAIL AMT:
 INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 12/04/2001           ARST AGENCY: LCSO
 ARST OFFICR:                          COUNTY:
       COURT:                            JUDGE: NIX
 DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
 ------------------------------------------------------------------------------
```

```
                         ___E COUNTY SHERIFF'S OFFICE
12/04/2001     13:06:08      INMATE CHARGE SHEET                PAGE    4
===============================================================================
BOOKING NO: 010004689     INMATE NAME: REVELLS JOHNATHAN RAY
===============================================================================
   CHARGE NO:  10  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: DC99-3531              # OF COUNTS:   1
    OFFENSE: FTP/NWNI               WARRANT #:
     CASE #: DC99-3531
   BOND AMT: 0                           FINE:      $74.95
   BAIL AMT:
INIT APPEAR: 00/00/0000        SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 12/04/2001          ARST AGENCY: LCSO
ARST OFFICR:                         COUNTY:
      COURT:                           JUDGE: NIX
DEF ATTORNY:                   DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
```

```
                        __E COUNTY SHERIFF'S OFFIC_
12/04/2001     09:59:24   MEDICAL SCREENING FORM              PAGE 1
============================================================================
Booking No: 010004689  Date: 12/04/2001  Time: 09:47  Type: NORMAL
Agency to Bill: LEE COUNTY            Facility: COUNTY JAIL

Inmate Name: REVELLS JOHNATHAN RAY            Race: W        Sex: M
    DOB: ▓▓▓▓▓▓▓  Age:  22  SSN: ▓▓▓▓▓▓▓  Height: 5'11"  Weight: 220
----------------------------------------------------------------------------
```

1. Is inmate unconscious?

2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

4. Any signs of poor skin condition, vermin, rashes or needle marks?

5. Does inmate appear to be under the influence of drugs or alcohol?

6. Any visible signs of alcohol or drug withdrawal?

7. Does inmate's behavior suggest the risk of suicide or assault?

8. Is inmate carrying any medication?

9. Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

| | | |
|---|---|---|
| a. Allergies | f. Fainting Spells | k. Seizures |
| b. Arthritis | g. Hearing Condition | l. Tuberculosis |
| c. Asthma | h. Hepatitis | m. Ulcers |
| d. Diabetes | i. High Blood Pressure | n. Venereal Disease |
| e. Epilepsy | j. Psychiatric Disorder | o. Other (Specify) |

Other: _____

_____

_____

12. For females only:

_____ a. Are you pregnant?

_____ b. Do you take birth control pills?

_____ c. Have you recently delivered?

```
                          LE COUNTY SHERIFF'S OFFICE
12/04/2001    09:59:24    MEDICAL SCREENING FORM                    PAGE 2
========================================================================
Booking No: 010004689  Date: 12/04/2001  Time: 09:47  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: REVELLS JOHNATHAN RAY                 Race: W        Sex: M
      DOB: �â–ˆâ–ˆ  Age:  22  SSN: â–ˆâ–ˆâ–ˆâ–ˆ  Height: 5'11"  Weight: 220
```

13. Have you recently been hospitalized or treated by a doctor?

14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

15. Are you allergic to any medication?

16. Do you have any handicaps or conditions that limit activity?

17. Have you ever attempted suicide or are you thinking about it now?

18. Do you regularly use alcohol or street drugs?

19. Do you have any problems when you stop drinking or using drugs?

20. Do you have a special diet prescribed by a physician?

21. Do you have any problems or pain with your teeth?

22. Do you have any other medical problems we should know about?

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _Johnathan Ray Revells_____  DATE: _12-04-2001_  TIME: _____

BOOK OFFICER: _____  DATE: _____  TIME: _____