IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR 19 A 9:39

JOHNATHAN RAY REVELLS,  )
   Plaintiff,  )
       )
V.  ) Civil Action No. 3:06-CV-174-WKW
       )
JAY JONES, et. al.,  )
   Defendant.  )

## MOTION FOR LEAVE TO AMEND THE COMPLAINT

I. Amendment to (SECTION V) Ground one of the original complaint, And the facts which support ground one of the original complaint.

GROUND ONE: Improper medical treatment

FACTS WHICH SUPPORT THIS GROUND: on September 8, 2004 Dr McFarland told me that I should be given a splint inorder for my finger which was broken. I was never given a splint. Because of my charge, Nurse Stewart said that Major Torbert said I couldn't have the splint because of my charge Major Torbert is not a licensed physician and he should not have any say as to weather or not I should have had a splint or not.

II. Amendment to (SECTION V) Ground two of the original complaint and the facts which support Ground two of the original complaint

GROUND TWO: Improper medical treatment

FACT WHICH SUPPORT THIS GROUND: On september 2, 2004 I saw Nurse Stewart for injuries that I had recived the night of september 1, 2004 I told Nurse Stewart that I thought my finger was broken. The only action that was taken was Nurse Stewart wrapped my finger with some tape, and set me up to see Dr McFarland. It was a week latter on the 8th day of septmeber 2004, Had action been taken on the day Nurse Stewart first seen me on september 2nd 2004. and my finger would have been splinted in a proper way. Because of that my finger now causes me a high level of pain on a dailey bases also has caused permanent disfigerment.

III. Amendant to (SECTION V) Ground three of the original complaint, And the facts which support Ground three of the original complaint.

GROUND THREE Improper access to toilet.

FACTS WHICH SUPPORT THIS GROUND: On or about December 6, 2005 the toilet in the dayroom became out of service. The cell has 8 oother toilets in the cell to use during the daytime 4:00AM to 10:30pm I had access to those 8 toilets But during lockdown 10:30pm to 4:00AM those 8 toilets become non accessable to inmates who sleep in the dayroom therefor the people in the dayroom have no toilet. Major Torbert ordered all inmates to be locked down So myslef

-2-

and all the other inmates that sleep in the dayroom have no access to a working toilet from 10:30 pm to 4:00 AM. I asked the night shift supervisors what toilet we were to use they told myslef and other inmates to use the sink and there for from December 6, 2005 untill March 1, 2006 I was denied access to a working toilet.

The Plaintiff in the above action respectfully requests this honorable court to accept the foregoing amendments to the complaint to be true and correct facts that relate to the facts made in the original complaint.

Respectfully Submitted this the 17th day of April, 2006

_Revells, Johnathan R._
Johnathan Ray Revells
Plaintiff

Johnathan Ray Revells
Lee County Detention Center
PO Box 2407
Opelika, AL 36803

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of April, 2006 that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following:

Amanda Kay Morgan
Attorney for Defendants
WEBB and ELEY, P.C.
7475 Halcyon Pointe Drive
PO Box 240904
Montgomery, AL. 36124

Revells, Johnathan R.
Johnathan Ray Revells
Lee County Detention center
PO Box 2407
Opelika, AL. 36803

- 4 -