IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JOHNATHAN RAY REVELLS, )
   Plaintiff, )
)
v. ) Civil Action No. 3:06-cv-174-WKW
)
JAY JONES, et. al., )
   Defendant. )

## MOTION FOR TIME EXTENSION TO ANSWER DEFENDANTS' SPECIAL REPORT

The Plaintiff in the above action respectfully requests this honorable court to allow the Plaintiff more time to respond to the defendants Special report for the following reasons set out herein.

1. Due to an injury it is very painfull and time consuming to write for prolong lengths of time.

2. Every document has to be handwritten and all copies of documents have to be handwritten.

3. No or limited access to a notary public or authorized officer in order to make sworn statements. The only notary public the Plaintiff has access to is a defendant in the above action.

-1-

4. Insufficient funds to pay for materials including the following: paper, stamps, and envlopes. Due to being indigent.

Wherefore the Plaintiff in the above action due to the foregoing facts respectfully requests that this honorable court grant the Plaintiff more time to respond to defendants special report.

Respectfully submitted this the 17th day of April, 2006

Revells, Johnathan R.
Johnathan Ray Revells
Plaintiff

Johnathan Ray Revells
Lee County Detention Center
PO Box 2407
Opelika, AL 36803

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of April, 2006 that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following:

Amanda Kay Morgan
Attorney for Defendants
WEBB and ELEY, P.C.
7475 Halcyon Pointe Drive
PO Box 240409
Montgomery, AL 36124

Revells, Johnathan R.
Johnathan Ray Revells
Lee County Detention Center
PO Box 2407
Opelika, AL 36803