IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR 19 A 9:39

JOHVATHAN RAY REVELLS, )
   Plaintiff, )
    )
V. ) Civil Action No. 3:06-CV-179-WKW
    )
JAY JONES, et. al., )
   Defendant. )

## RESPONSE IN OPPOSITION OF ORDER

The Plaintiff is unable to comply with the requirements of the order that was done and filed on the 12th day of April, 2006 for the following reasons set out herein.

1. Limited access to legal materials such as law books.

2. Limited or no access to a notary public or authorized officer in order to make sworn statements.

3. Limited access to materials including the following: Paper, stamps, and envelopes, Due to incarceraion

4. No access to office materials therefor every document has to be handwritten, and all copies documents have to be handwritten.

-1-

5. Due to an injury it is very painfull and time consuming to write for prolong lengths of time

6. Insufficient funds

Wherefore the Plaintiff in the above action respectfully requests this honorable court to accept all affidavits, statements, Responses, motions, or any other document filed by the Plaintiff in the above action to be sworn facts to be used as evidence in the above action and to let this show that I being the Plaintiff in the above action am competent to testify to all matters stated in the above action

Respectfully submitted this 17th day of April, 2006

Revells, Johnathan R.
JOHNATHAN RAY REVELLS
Plaintiff

Johnathan Ray Revells
Lee County Detention Center
PO Box 2407
Opelika, AL 36803

CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of April, 2006 That I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following:

Amanda Kay Morgan
Attorney for Defendants
WEBB and ELEY, P.C.
7475 Halcyon Pointe Drive
PO Box 240909
Montgomery, AL. 36124

Revells, Johnathan R.
Johnathan Ray Revells
Lee County Detention Center
PO Box 2407
Opelika, AL 36803

-3-