IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JONATHAN RAY REVELLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06-CV-179-WKW |
| | ) |
| JAY JONES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time to answer defendants' special report filed by the plaintiff on April 19, 2006 (Court Doc. No. 10), and as the defendants have been ordered to file an additional special report, it is

ORDERED that the motion for extension of time be and is hereby DENIED. The plaintiff is advised that upon receipt of all necessary responses from the defendants the court will allow him an opportunity to file a response in opposition to such documents.

Done this 21st day of April, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE