# Exhibit J
# Inmate Medical File

ee County Detention Center

# INMATE REQUEST SLIP

E - 5
**LOCATION**

Name _Johnathan Revells_          Date _05/31/05_

☐ Telephone Call        ☐ Doctor        ☐ Dentist        ☐ Time Sheet

☐ Special Visit         ☐ Personal Problem        ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

NURSE

I need something for a headache. Also I have a sore
on the inside of my mouth. Can I have some salt for
Some warm water. I bite my Gum. Think You

_Johnathan Revell_

<u>Do Not Write Below This Line</u> - For Reply Only

Two tylenol given 06/01/05 D. Buck LPN

Approved _____     Denied _____     Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant           ☐ Chief Deputy           ☐ Sheriff

_NURSE_

_e_ County Detention Center
# INMATE REQUEST SLIP

E - S
**LOCATION**

Name _Johnathan Revells_          Date _06/08/06_

☐ Telephone Call          ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem          ☒ Other

Briefly Outline Your Request.  Give To Jailer

I need something for a headache and also heartburn
I also bit my gum and it is very sore and
I would like some salt to put on it or something for it

Think you

Do Not Write Below This Line - For Reply Only

to motrin & orajil given. 06/08/01
J. Rowell cpa

Approved _____ Denied _____ Collect Call _____

*NURSE*

Lee County Detention Cent

# INMATE REQUEST SLIP

*E - S*
**LOCATION**

Name _Johnathan   Nevells_          Date _06/16/05_

☐ Telephone Call          ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem          ☑ Other

Briefly Outline Your Request.  Give To Jailer

_I need something for a headache_

_Think You_

Do Not Write Below This Line - For Reply Only

_Two Motrin given   06/10/05 D. Burke_

Approved _____     Denied _____     Collect Call_____

*Nurse+
Steward*

ee County Detention Center
**INMATE REQUEST SLIP**

E - S
**LOCATION**

Name _Johnathan Revells_    Date _06/23/05_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I Need something for headache
And heartburn

Thank You

Do Not Write Below This Line - For Reply Only

6/23/05   9 am

Nurse Steward

Approved _____ Denied _____ Collect Call _____

...e County Detention Center
# INMATE REQUEST SLIP

E - 5
**LOCATION**

Name _Johnathan Revells_     Date _06/21/05_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need something for a headache

I also need something for the bumps from the
Shower water

Think you,
Johnathan Revells

<u>Do Not Write Below This Line</u> - For Reply Only

6/22/05 # Tyl given for
HA; Need To get John
a Cream of Stay Sleep up
to Better inform Sgt Talb

Nurse Stewart

Approved _____ Denied _____ Collect Call _____

*Nrse*

**Lee County Detention Center**

# INMATE REQUEST SLIP

E-5

**LOCATION**

Name _Johnathan Revells_          Date _07/15/05_

☐ Telephone Call      ☐ Doctor          ☐ Dentist        ☐ Time Sheet
☐ Special Visit       ☐ Personal Problem              ☑ Other

Briefly Outline Your Request.  Give To Jailer

_This is the second Request I have sent
I need something for heartburn. It has
been over 24 hours sence I wrote the
last one at 9:00pm on the 14th of July
Please send me something for heartburn_
                    _Thank You_

Do Not Write Below This Line - For Reply Only

_07/16/05    9 wen_

_nurse Stewart_

Approved _____ Denied _____ Collect Call _____

*Vurse*

ee County Detention Center
# INMATE REQUEST SLIP

*E — 5*
_____
**LOCATION**

Name *Johnathan Revells*          Date *08/06/05*

☐ Telephone Call      ☐ Doctor           ☐ Dentist        ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem            ☑ Other

Briefly Outline Your Request.  Give To Jailer

*I need something for a headache please 8*

*8 Thank You*

Do Not Write Below This Line - For Reply Only

*given ofonlor D. Burk 9m*

Approved _____ Denied _____ Collect Call_____

*NURSE*

...e County Detention Center

# INMATE REQUEST SLIP

E — 5
**LOCATION**

Name _Johnathan Ray Revells_     Date _08/08/05_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☒ Other

Briefly Outline Your Request. _Give To Jailer_

I would like something for a headache

Thank You

*NURSE*

Do Not Write Below This Line - For Reply Only

given asloglor D. Buck

Approved _____ Denied _____ Collect Call_____

Lee County Detention Center
# INMATE REQUEST SLIP

E - 5

**LOCATION**

ame _Johnathan Ray Bevills_    Date _08/17/05_

] Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

] Special Visit    ☐ Personal Problem    ☑ Other

riefly Outline Your Request. _Give To Jailer_

_I need something for a headache_

_Thank You_

o Not Write Below This Line - For Reply Only

_7/18/05 - Tri Tye_

_Nurse Stump_

pproved                Denied                Collect Call

*URSE*

## Lee County Detention Center
# INMATE REQUEST SLIP

E-5
**LOCATION**

Name _Johnathan Ray Revells_    Date _08/19/05_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need something for a headache.

Thank you ☺

<u>Do Not Write Below This Line</u> - For Reply Only

given ofladol r D. Burk gpn

Approved _____ Denied _____ Collect Call_____

Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Whose The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Lee County Detention Center
# INMATE REQUEST SLIP

E - 5

**LOCATION**

ame _Johnathan Ray Revells_ Date _8/21/05_

| | | | |
|---|---|---|---|
| ] Telephone Call | ☐ Doctor | ☐ Dentist | ☐ Time Sheet |
| ] Special Visit | ☐ Personal Problem | ☑ Other | |

efly Outline Your Request. <u>Give To Jailer</u>

I would like something for a headache.

Thank You

<u>Not Write Below This Line</u> - For Reply Only

roved _____ Denied _____ Collect Call_____

*Nurse*

## Lee County Detention Center
# INMATE REQUEST SLIP

E - 5
**LOCATION**

Name _Johnathan Ray Revells_____     Date _08_/_23_/_05_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☒ Other

---

Briefly Outline Your Request.  <u>Give To Jailer</u>

I have a bad headache. I have them all of the time,
almost everyday I only ask for something for it when it
get to the point of lasting all daylong. I am sorry that
I have been asking for something to stop my head from aching
Could I please get something for it today? also I think
that the loud noise are the main cause of it But I cant
do anything about all of that.            Thank You
I will try not to ask for something for them so often

---

<u>Do Not Write Below This Line</u> - For Reply Only

8/8/05   Tell   her   you
          or   You   may   See
          try   See   Com

Approved _____  Denied _____  Collect Call _____

Lee County Detention Cent
# NMATE REQUEST SLIP

SE

E-5
**LOCATION**

e Johnathan Bax Reuells                 Date 08/31/05

elephone Call          ☐ Doctor          ☐ Dentist          ☐ Time Sheet

ecial Visit          ☐ Personal Problem          ☒ Other

ly Outline Your Request. <u>Give To Jailer</u>

am in very bad need of something to make me
e a Bilemovement. Please send me something as soon
you can. I fell the same way that I felt when I lost
the doctor. I am having a lot of Stomch pain.

Thank You

Not Write Below This Line - For Reply Only

/1/05   guzzo

Nurse Stamp

roved _____ Denied _____ Collect Call_____

RSE

Lee County Detention Center

# INMATE REQUEST SLIP

E - 5
**LOCATION**

Name Johnathan Revells _____ Date 09 / 18 / 05

] Telephone Call      ☐ Doctor        ☐ Dentist       ☐ Time Sheet

] Special Visit        ☐ Personal Problem     ☑ Other

Briefly Outline Your Request.  Give To Jailer

I need something for a headache.

Thank you.

Do Not Write Below This Line - For Reply Only

9/19/05 - Ti TYC given

Nurse Stewart

Approved _____ Denied _____ Collect Call _____

Lee County Detention Center
# INMATE REQUEST SLIP

E-5
**LOCATION**

ame _Johnathan Revells_    Date _10/28/05_

] Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet
] Special Visit    ☐ Personal Problem    ☑ Other

riefly Outline Your Request. <u>Give To Jailer</u>

I need something for a headache
please.

Thank you,
Johathan Revell

o Not Write Below This Line - For Reply Only

10/28/05   # Tye given

Nurse Henry

pproved _____    Denied _____    Collect Call_____

ll Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To

Le    County Detention Center

# INMATE REQUEST SLIP

NURSE

E-5

**LOCATION**

Name _Johnathon Revells_     Date _11/10/05_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need something for a headache!
please.

Thank you.

<u>Do Not Write Below This Line</u> - For Reply Only

11/12/05 —  π  Tye.

Nurse

Approved _____ Denied _____ Collect Call _____

Lee County Detention Cente

ʳRSE **INMATE REQUEST SLIP**

E-S
**LOCATION**

me J.3.Johnathen Revells _____ Date 11/29/05

Telephone Call      ☐ Doctor         ☐ Dentist        ☐ Time Sheet
Special Visit        ☐ Personal Problem      ☑ Other

efly Outline Your Request.  Give To Jailer

I need something for a headache ~~please~~

Thank you

Not Write Below This Line - For Reply Only

Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
ʲose The Request is Directed.

*NURSE*

**Lee County Detention Cent**

# INMATE REQUEST SLIP

E - 5
**LOCATION**

ame _Johnathan Revells_     Date _12/30/05_

] Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

] Special Visit     ☐ Personal Problem     ☑ Other

---

riefly Outline Your Request. <u>Give To Jailer</u>

need to see nurse today very sick

thank you

12/30/05

---

o Not Write Below This Line - For Reply Only

'2/30/05     address

---

proved _____ Denied _____ Collect Call_____

l Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
hose The Request is Directed.

Lee County Detention Cent

# INMATE REQUEST SLIP

E-5

**LOCATION**

me _Jonnathan Rewlls_     Date _12/11/05_

Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

Special Visit    ☐ Personal Problem    ☑ Other

efly Outline Your Request. <u>Give To Jailer</u>

I have a Feverblister on my lip. I don't have
my money to buy anything for it could you give
e something for it?

         Thank you

<u>Not Write Below This Line</u> - For Reply Only

3/13/05 —

Oxaf

Mrs Stewar

roved _____ Denied _____ Collect Call _____

Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
se The Request is Directed.

Lee County Detention Center

# INMATE REQUEST SLIP

E-5
**LOCATION**

Name _Johnathan Revells_     Date _12/29/05_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need something for heartburn. please!

Thank You
Johnathon Revell

Do Not Write Below This Line - For Reply Only

12/29/05

Given

Nurse Stewart

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

URSE

## Lee County Detention Cente
# INMATE REQUEST SLIP

E-5
**LOCATION**

ame Johnathan Rewlls                    Date 12/30/05

] Telephone Call      ☐ Doctor        ☐ Dentist        ☐ Time Sheet

] Special Visit       ☐ Personal Problem              ☑ Other

riefly Outline Your Request.  <u>Give To Jailer</u>

I am very sick. I need to see the
nurse please

                    Thank you

12/30/05

o Not Write Below This Line - For Reply Only

12/30/05          ends    Starts

                Nurse Stewart

pproved _____ Denied _____ Collect Call_____

*NURS*

## Lee County Detention Center
# INMATE REQUEST SLIP

E-5
**LOCATION**

Name _Johnathan Revels_          Date _12/23/05_

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [x] Other

Briefly Outline Your Request.  Give To Jailer

I need something for a cold please

Thank you

Do Not Write Below This Line - For Reply Only

12/24/05 - I'm _____ to _____ cold _____

_Nurse_ _____

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed

NURSE

## Lee County Detention Center
## INMATE REQUEST SLIP

E - 5
**LOCATION**

Name _Johnathen Revells_____     Date _01/01/06_

☐ Telephone Call     ☐ Doctor          ☐ Dentist        ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  Give To Jailer

My throat is still swollow shut I can't get any sleep
at night because of it. can I get something to get
it to stop hurting please. or something to help me
Sleep. I think I still have a little fever maybe

Thank you

Johnathen Revells

Do Not Write Below This Line - For Reply Only

1/2/06   You're on Antibiotic
+ Anti - inflammatory / Push fluid
up you fluid. Will see
MD in AM

Approved _____     Denied _____     Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

*nurse*

## Lee County Detention Cente[r]
## INMATE REQUEST SLIP

E-S

**LOCATION**

Name _Johnathan Revells_     Date _01/31/06_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need something for a headache
please

Thank you

Johnathan Revells

<u>Do Not Write Below This Line</u> - For Reply Only

2/1/06  4 Tyl. gwin

Nurse Stewart

Lee County Detention Cente

# INMATE REQUEST SLIP

**LOCATION**

Name _Johnathan Revells_          Date _12/01/06_

☐ Telephone Call        ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit         ☐ Personal Problem                    ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need Some Hydrocortisone for my
feet I don't here any money to buy any
off store please.

Thank you

<u>Do Not Write Below This Line</u> – For Reply Only

2/2/06   gwi   But your
money I Store problem
rfr To Sgt. Tatt.

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail Then Forwarded To

*NURSE*    Lee County Detention Cent~    *NURSE*

# INMATE REQUEST SLIP

*E-5*

**LOCATION**

Name _Johnathan Revells_    Date _02/08/06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  Give To Jailer

_I need something for heartburn. I also need something_
_for a headache please. Also I need something for lo-_
_an itch please_

_Thank you_

Do Not Write Below This Line - For Reply Only

_2/9/06 Dent._

_Nurse Gri____h_

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

Lee County Detention Cente

## *RSF* INMATE REQUEST SLIP

E - 5
**LOCATION**

e Johnathan Roy Revells _____ Date 02/03/06

☐ elephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ pecial Visit    ☐ Personal Problem    ☐ Other

ly Outline Your Request. <u>Give To Jailer</u>

I need to see the ~~nurse~~ nurse
or I need something to get rid of gas
] something to make me go.
                    thank you
                    Johnathan Revells

lot Write Below This Line - For Reply Only

/16/06 — 4 Tom 9 am

Nurse

oved _____ Denied _____ Collect Call _____

equest Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To

*NURSE*

Lee County Detention Cente.
# INMATE REQUEST SLIP

E-S

**LOCATION**

Name Johnethan Roy Revells        Date 02/15/06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  Give To Jailer

I need something for heartburn please

Thank you

Do Not Write Below This Line - For Reply Only

2/16/06

Antiacid Tabs sent

Nurse Tiffan

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To

NURSE

Lee County Detention Cer.

# NMATE REQUEST SLIP

E-5

**LOCATION**

Name *Johnathan Revells*          Date *02/25/06*

- ☐ Telephone Call
- ☐ Doctor
- ☐ Dentist
- ☐ Time Sheet
- ☐ Special Visit
- ☐ Personal Problem
- ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

*I need to see the nurse*
*I am haveing pain in my Stomach*

<u>Do Not Write Below This Line</u> - For Reply Only

*02/27/06  C/o dyspepsia →*
*Vomity  To see md  ←*
*Am*

*Nurse _____*

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To

...ee County Detention Center
# INMATE REQUEST SLIP

E-6
### LOCATION

...me _Johnathan Revells_     Date _03/07/05_

Telephone Call     ☑Doctor     ☐ Dentist     ☐Time Sheet

Special Visit     ☐Personal Problem     ☐Other

...efly Outline Your Request.  Give To Jailer

I think I am getting a cold.
I need to see the nurse.
I Need Med's For a cold.     Thank you
                                  ...littlefield

Not Write Below This Line - For Reply Only

7/7/05   advise   cold   X 5 days

Nurse Sling

...roved _____ Denied _____ Collect Call_____

...Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
...ose The Request is Directed.

ee County Detention Center

# Il...iATE REQUEST SLIP

E - 5
**LOCATION**

Name _Johnathan Ray Revells_     Date _04/29/05_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☒ Other

Briefly Outline Your Request. <u>Give To Jailer</u>     _Nurse_

I need something for a head ache also my
Chest is still sore. I think it is just my
musels chrimping up. can I get something for that
to

Thank you

---

<u>Do Not Write Below This Line</u> - For Reply Only

You were seen by Nurse Stewat on
4ms  04/30/05 - D. Burt6 Rpn

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To

Lee County Detention Center

# INMATE REQUEST SLIP

E - 5
**LOCATION**

Name _Johnathan Revells_     Date _05/23/05_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I Need something for Headache     Nurse
+ Heartburn I still have it

<u>Do Not Write Below This Line</u> - For Reply Only

Two motin + 1 zantac given 05/23/05
D. Burks Rn

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed

Lee County Detention Center
# INMATE REQUEST SLIP

E — S
**LOCATION**

Name _Tabretha Reeds_     Date _05/20/05_

☐ Telephone Call    ☐ Doctor    ☑ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I have heartburn I need
Something for it
NU/S ?

<u>Do Not Write Below This Line</u> - For Reply Only

5/22/05    Zantac    given

_signature_

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To

Lee County Detention Center
# INMATE REQUEST SLIP

F ~
**LOCATION**

Name _Johnathen Revlls_     Date _05-19-05_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>    *Nurse*

I need something for a headache
and heartburn

<u>Do Not Write Below This Line</u> - For Reply Only

You saw Nurse Stewart today + you were
given a clean bill of health. Request
denied. 05/19/05 - D. Burke LPN

Approved _____ Denied _____ Collect Call_____



# SHERIFF OF LEE COUNTY
## JAY JONES
P.O. BOX 688
OPELIKA, AL  36803-0688

E-mail:
lcso@mindspring.com

Phone (334) 749-5651
Fax (334) 749-4836

### No Harm Contract

I _Jonathan Revel_____ agree that I will not act upon any thoughts that I may be experiencing to harm myself or anyone else. I also agree that I will alert a member of the correctional staff regarding my present mental status and any suicidal or homicidal thoughts that I may be experiencing. It is my understanding that this no harm contract will remain in effect for the duration of my sentence at the Lee County Detention Center.

I _Jonathan Revels_____ indicate by my signature that the **No Harm Contract** has been reviewed with me and I fully understand my right to refuse treatment during the duration of my sentence at the Lee County Detention Center. I also understand that this agreement will be reviewed with me periodically pending any changes in my mental status.

Inmate _John Thn Rg Revl_ Date _9/3/4_

Witness _Darren E___ #420017_ Date _9/3/4_

### Periodic Review

| Inmate Signature | Staff Signature | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

# MEDICATION ADMINISTRATION RECORD

P&L FORMS #3004 (for A03 print programs)

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Colace Cap T̄ BID x 5 days 03/07/05 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC Zantac 75mg T̄ BID 04/29/05 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC Zantac 75mg T̄ Bid 05/01/05 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Naproxen 500mg #14 T̄ Bid 05/03/05 | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flexeril 10mg T̄ Bid #10 05/23/05 | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amoxil 500mg T̄ Bid #20 12/30/05 - 1/1/06 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Naproxen 500mg T̄ Bid 12/31 - #1 1/1/06 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 50mg T̄ q HS x 3 1/3/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Charting For ___ Through ___

| Physician McFarland | Telephone No. | Medical Record No. |
|---|---|---|
| Alt. Phys. | Alt. Telephone | |
| Allergies | Rehabilitative Potential | |
| Diagnosis | | Admission Date |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: ___ Title: ___ Date: ___ |
| Resident | | Birth Date | Resident Code | Room No. | Bed | Facility Code |

## NOTES

NAME: _Rowell, Johnathan_ SS# ▆▆▆▆▆▆▆▆

DOB: ▆▆▆▆▆▆ AGE: _25_ SEX: _M_ RACE: _W_

DRUG ALLERGIES: _∅_ _____ TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _Tons̄ Lary. Swollen_
_& Red c̄ fever 101.2_

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

═══════════════════════════════════

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:    BP_____ P _102_ R_____ T _101.3_ O2 _96_

ASSESSMENT: _Alert & Responsive Skin Warm & dry_
_To touch I'm c/o sore throat Tonsil_
_Red & Swollen c̄ fever Also c/o chills_
_fever ∅ other c/o_

PLAN: _Amoxicillin 500 mg I BID × 10 days_
_c̄ fluids. Tylenol given. ____ P.O._
_F/U Dr Clinic_

REFER TO: ___(PA/PHYSICIAN)___ MENTAL HEALTH_____ DENTAL_____

SIGNATURE _Stewart_ TITLE _LPN_ DATE _4/__/__ TIME _1:__

NOTES

SS# ███████████

NAME _Revills, Johnathan_  DOB ███ AGE _25_ SEX _M_ RACE _W_

DRUG ALLERGIES _____Ø_____  TETANUS _____

NATURE OF PROBLEM OR REQUEST _On arrived I/m c̄ HC1_
_c/o dyspnea & Flank pain_

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

*********************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP _160/80_ P _100_ R _20_ T _____ 98°_

ASSESSMENT: _Alert & Responsive Skin warm & dry TO_
_touch who gave I/m in holding cell, had Inmate_
_c/o Acute dyspnea S/S c̄ Lt Flank pain_
_Chest Clear Abd soft good Bowel_
_Sounds c̄ Soft ___ tinderness ___ ____
_had ___ ___ pain today also Hip_
_muscle Changes in Abd left had Dim ___ ____
_feel better today"_

PLAN: _w/A ny  U/S Stable Ø_
_Acute R/S, Today  OTC ___ ____
_rpt Back TO Cell ___ ____
_a RN Tim._

REFER TO: _____ (PA/PHYSICIAN)   _____ MENTAL HEALTH   _____ DENTAL

SIGNATURE _____  TITLE _RN_ DATE _4/29/05_ TIME _0844_

NOTES

SS# _____

NAME _Revells, Johnathan_ DOB _____ AGE _25_ SEX _M_ RACE _W_

DRUG ALLERGIES ____0_____ TETANUS _____

NATURE OF PROBLEM OR REQUEST _Dyspepsia + Flank pain_

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

************************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: 32 | 10/70 | P _____ R _____ T _____

ASSESSMENT:

---

**05/03/05     Lee County Detention Center     Jonathan Revelis     #416279108**

This 25 YOWM apparently had an episode "the other night my muscles just cramped up". It hurt to breathe. He has had some constant headaches since then. He hurt in the left lateral abdominal wall.

**Physical Exam:** Alert, no distress. HEENT: PERRL. NECK: Supple comfortable neck movement observed. HEART: Regular. LUNGS: Clear. BACK: No point tenderness. He says his back always hurts. EXTREMITIES: Normal spontaneous leg movement; normal gait.

**Impression:** Abdominal muscle strain and spasm.

**Plan:** He says he is also having headaches every day. We put him on Naprosyn 500 mg b.i.d. take with food #14 and Flexeril 10 mg b.i.d. #10. Recheck prn.

PLAN:
Naproyn 500 b.i.d. #14
Flexeril 10 b.i.d. #10

REFER TO: _____ PA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _____ DATE _5-3-05_ TIME _0845_

John H McFarland MD
AM8104894
AL 11404

## NOTES

NAME: _Bewells, Johnathan_ SS# ████████████████

DOB: ███████████  AGE: _25_  SEX: _M_  RACE: _W_

DRUG ALLERGIES: _Ø_ _____ TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _tonsils swollen RU_
_throat sore   temp was 101.° 1 Amoxie_
_Tryfing × 4 days._

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

### HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:     BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT:

PLAN:

Benadryl 50 b's × 3d
____ 1 ○ d      Neosyn ○ Amoxil

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE_____ JOHN H McFARLAND MD _ TITLE _MD_ ____ DATE _1-3-06_ TIME _1:50_
AM8104894
AL 11404

## NOTES

NAME: _Revells, Johnathan_    SS# ████████████

DOB: ████████    AGE: _25_    SEX: _m_    RACE: _W_

DRUG ALLERGIES: _Ø_    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _dyspepsia_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

### HEALTH CARE DOCUMENTATION

5'11"
225

SUBJECTIVE:

OBJECTIVE:    BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT:

PLAN: _Prepared 3.0 x 2 2 x 1 for 9hs prn ...._

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE_____ TITLE_____ DATE_____ TIME_____

JOHN H MCFARLAND MD
AM8104894
AL 11404

NOTES

SS# _____

NAME Revells, J___ Johnathan DOB_____ AGE 25 SEX m RACE W

DRUG ALLERGIES NKDA _____ TETANUS _____

NATURE OF PROBLEM OR REQUEST F/u p̄ ® hand xray _____

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE _____

*************************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP_____ P_____ R_____ T_____        G_____

ASSESSMENT:

09/15/04    **Lee County Detention Center**    **Jonathan Revells**    #416279108

This 25 YOWM is here for recheck of right hand injury.
**Physical Exam:** The laceration to the ring finger is healing. The necrotic tissue is continuing to
resolve. The little raised up flap is coming down and healing nicely. The x-ray of the hand
showed a minimally displaced fracture of the proximal phalanx of the fifth finger. It is an
oblique fracture. Due to security concerns it is buddy-taped and not splinted.
**Impression:** Four week old injury with healing fracture of the proximal phalanx fifth finger;
laceration of the fourth finger.
**Plan:** Continue to buddy-tape for a total of six weeks; recheck in two weeks.

PLAN: Splint or buddy tape x 6 weeks
f/u 2 wk.
(injury 4 wks ago)

REFER TO: _____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE _____ TITLE MD DATE 9/15/04 TIME_____

JOHN H McFARLAND MD
AMB184894
AL11404