# Exhibit K
# Inmate File

Lee County Detention Cente

# INMATE REQUEST SLIP

E-5

**LOCATION**

Name _Johnathan Revells_          Date _1-12-06_

☐ Telephone Call    ☐ Doctor         ☐ Dentist        ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem   ☑ Other

Briefly Outline Your Request.  Give To Jailer

I Need ~~ent~~ to go to the Law Libaray

Thank you
Johnatha Revell

Do Not Write Below This Line - For Reply Only

_Took to Law_

_ftr   1-21-06_

Approved _____    Denied _____    Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____          Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

...ee County Detention Center

# INMATE REQUEST SLIP

E-5
**LOCATION**

Name Johnathan Revells    Date 01/09/06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. Give To Jailer

I Need to go to the Law Library.

Thank you

Do Not Write Below This Line - For Reply Only

Approved _____ Denied _____ Collect Call

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

Grievance

E-5
**LOCATION**

Name Johnathan Ray Revells          Date 01/05/06

☐ Telephone Call     ☐ Doctor          ☐ Dentist     ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem               ☐ Other

Briefly Outline Your Request.  Give To Jailer

I have wrote a number of Grievance forms
in past months, Not one of them has been
answered, Why are my Grievance forms
not answered ?

Thank you
Johnathan Revells

Do Not Write Below This Line - For Reply Only

Mr. Revelle's, you need to address
your Grievance forms whom ever you wish
to speak with. To just write one and send
it out is not proper protocal. It will be
answered if you send it to a particular
person in the chain of command.

Approved _____  Denied _____  Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date 01/11/06          Time Received 11:22

CORRECTION OFFICER Sgt Threat

FORM. LCS-036 (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

E - 5
**LOCATION**

Name Johnathan Revells                    Date 05/29/05

☐ Telephone Call       ☐ Doctor          ☐ Dentist         ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem                 ☒ Other

Briefly Outline Your Request.  Give To Jailer

Sgt. Jabb,

I need a few stamps and envelopes and some paper.

Think You,

Johnathan Ray Revells

Do Not Write Below This Line - For Reply Only

GAVE INMATE TWO STAMPED ENVELOPES

6/4/05

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

E - 6
**LOCATION**

Name Johnathan Revells                    Date 02/25/05

☐ Telephone Call      ☐ Doctor      ☐ Dentist      ☐ Time Sheet
☐ Special Visit       ☐ Personal Problem       ☒ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

Sgt. Tab
   I need some stamps and envelope. I ff orde-
Some off store will you give then to me tuesday
the 1st or when store gets here or cam you just geve
me some ?

<u>Do Not Write Below This Line</u> - For Reply Only

You May Purchase These iTems off
THe Commissary on Sunday, 3/27/05

Full/3/05
2-26-05

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant         ☐ Chief Deputy         ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

*Sgt. Tabb*

*Sgt. Tabb*

## Lee County Detention Center
# INMATE REQUEST SLIP

E - 5
**LOCATION**

Name _Johnathan Ray Revells_     Date _03/09/06_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☑ Other

Briefly Outline Your Request.  Give To Jailer

I need some stamps + Envelopes please.

Thank you

Do Not Write Below This Line - For Reply Only

GAVE INMATE TWO STAMPED
ENVELOPES
Jabb 4305
3-10-06

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

E - S
**LOCATION**

Name Johnathan Ray Revells          Date 03/13/06

☐ Telephone Call          ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem          ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I need to go to the law libaray please

Thank you

<u>Do Not Write Below This Line</u> - For Reply Only

+ Taken to LAW LiB  3-15-06

cpl Lyles

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

Name *Johnathin Revells*    Date *3-6-06*

E-5
**LOCATION**

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. Give To Jailer

*I need to go to the Law Library.*

Do Not Write Below This Line - For Reply Only

*Taken To Law Library  3/13/06*

*Wiltsie*

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER

FORM: LCS-038 (6/99)

*Sgt. Tabb* Lee County Detention Center

# ~~MATE REQUEST SLiP~~

**E-5**

**LOCATION**

Name _Johnathan Ray Revells_    Date _02/20/06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I need some stamps + envelopes please

Thank you

Johnathan Ray Revells

<u>Do Not Write Below This Line</u> - For Reply Only

GAVE INMATE TWO STAMPED ENVELLOPES

JaubiBos
3-7+6

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Sgt. TABB

## Lee County Detention Center
## INMATE REQUEST SLIP

E-5
**LOCATION**

Name Johnathan R. Revells    Date 03/02/06

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [x] Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need some stamps & Envelopes please!

Thank you

<u>Do Not Write Below This Line</u> - For Reply Only

Gave inmate two stamped envelopes

Tabb BDS
3-7-06

Approved _____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (8/99)

Lee County Detention Cent'

# INMATE REQUEST SLIP

E - 5
**LOCATION**

Name Johnathan Ray Revells          Date 03/03/06

☐ Telephone Call          ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem          ☑ Other

Briefly Outline Your Request.  Give To Jailer

I need to go to the law library please

Thank You
Johnathan Ray Revells

Do Not Write Below This Line - For Reply Only

TAKEN TO LAW LIBRARY ON 3/5/06
BY : RED NIGHTS

Approved ____✓____     Denied _____     Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date 3/5/2006     Time Received 20:15

CORRECTION OFFICER AARON

FORM: LCS-038 (8/99)

*NURSE*  Lee County Detention Center
# INMATE REQUEST SLIP

**E-5**
**LOCATION**

Name *Johnathen Ray Revell*   Date *02/02/06*

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet
☐ Special Visit   ☐ Personal Problem   ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need some kind of soap I dont have any money to get any soap off of store, I ran out of the soap I had and have been useing the soap that the jail gives us and it is makeing me itch very bad Please send me something for it
Thank you

<u>Do Not Write Below This Line</u> - For Reply Only

Soap is issued once a week when Toilet Paper is passed out. You get a roll of Toilet Paper Bar of Soap, Tooth Brush, and Tooth Paste.

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-036 (6/99)

Sgt. Tabh

Lee County Detention Center
## INMATE REQUEST SLIP

E-5
**LOCATION**

Name _Johnathan Ray Revells_  Date _02/02/06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  Give To Jailer

I need Some Stamps and envolopes
please

Thank you;

Do Not Write Below This Line - For Reply Only

MUST BE INDIGENT THIRTY CONSECUTIVE
DAYS BEFORE ELLIGIBLE FOR FREE POSTAGE.

JohnsonBDS
2-4-04

Approved _____  Denied _____  Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

# LEE COUNTY SHERIFF'S DEPARTMENT
## REGULATIONS RECEIPT
#### (Form #7)

Date: _01 March 2006_                    Time: _4:30 pm_

    I, _Johnathan Revels_ _____, have received copy

number _113_ of the Rules and Regulations governing inmates in the Lee County Jail which

I am/am not (mark one out) able to read.  I understand that while in this institution I will abide

by these Rules and Regulations.

       I will return the copy of the Rules and Regulations upon my release from jail.  I also

understand that I will be responsible for the loss or any damage of the Inmate Rules and

Regulations Handbook and will be charged $2 for its replacement.  I also understand that if I

fail to pay for the replacement of the lost or damaged handbook I will have additional criminal

charges filed against me for destruction of county property.


Years of School _8_                    _Johnathan Ray Revells /03/01/06_
                                  (Inmate's Signature)  @ 4:30pm

_____

_____ has today received copy number _____ of the Lee

County Sheriff's Department Rules and Regulations for Inmates.

☐   Said inmate stated to me that he was able to read the Rules and Regulations.

☐   Said inmate stated that he was not able to read the Rules and Regulations and I explained
    the orientation rules to him.

                    _Samuel Gauks III 1/3045_
                    Jailer's Signature

                Date: _01 Mar 06_  Time: _____

## INMATE'S VISITOR INFORMATION FORM



10-7-04

All information **MUST** be complete and legible.  Information which is incomplete or not able to be read will result in that person not being listed on your visitation card.  **All visitors must have a current photo I.D. to get into visitation.**  Children under 12 years of age cannot visit you. Only print **one person on each line.**  You cannot **add or change your card but once every six months** so make sure you put every name on the card the first time you turn it in (4 names) Visitation is a privilege and may be restricted or cancelled at any time.

**INMATE'S NAME:** Johnathan Ray Revells      **CELL #** E - 5

### VISITOR # 1

NAME Johnny Revells          RELATIONSHIP: DAD

ADDRESS 5 ELM St          CITY Phenix City STATE AL

PHONE # (334) &

### VISITOR # 2

NAME Martha Pike          RELATIONSHIP Friend

ADDRESS 5 ELM St          CITY Phenix City STATE AL

PHONE # (334)

### VISITOR # 3

NAME Barba Revells          RELATIONSHIP Grandmother

ADDRESS 1157 Lee Rd 379 CITY Smiths          STATE AL

PHONE # (334) 298-0030

### VISITOR # 4

NAME Olie Revells          RELATIONSHIP Grand father

ADDRESS 1157 Lee Rd 379 CITY Smiths          STATE AL

PHONE # (334) 298-0030



# SHERIFF OF LEE COUNTY

# JAY JONES

P.O. BOX 688
OPELIKA, AL  36803-0688

E-mail:
lcso@mindspring.com



Phone (334) 749-5651
Fax (334) 749-4835

## PROPERTY TRANSFER FORM

DATE  9/8/04

CASE _____

RECEIVE  ☒

RELEASE  ☐

THE BELOW LISTED PROPERTY WAS TRANSFERRED AS INDICATED ABOVE TO
THE PERSON(S) WHOSE SIGNATURE(S) APPEARS BELOW.

LOCATION OF TRANSFER  Lee Co SD

PROPERTY DESCRIPTION:

3 pairs of socks

2 pairs underwear

1 pk white T-shirt

(Property for Jonathon Revells)

*** Eric Ms. Revells
call when you have
the chance —

THE ABOVE DESCRIBED PROPERTY IS / WAS INVOLVED IN AN INVESTIGATION BEING
CONDUCTED BY THE LEE COUNTY SHERIFF'S DEPARTMENT.

PERSON RECEIVING  Terri Meadows / Inv. E. McCain  ID#  43C3

PERSON RELEASING  Barbara Revells  ID#  298-003D

WITNESS _____  ID# _____

DISPOSITION _____

FORM: LCS-012 (1/99)
DARCO (334)745-0009

| State of Alabama<br>Unified Judicial System<br><br>Form C-81     11/91 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number |
|---|---|---|

IN THE _____ CIRCUIT _____ COURT OF _____ LEE _____ COUNTY

☒ STATE OF ALABAMA        ☐ MUNICIPALITY OF _____

v. ____ JOHNATHAN RAY REVELLS _____ , Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of
__CAPITAL MURDER_____ in this Court in violation of
_____. The primary purpose of this hearing is to ensure
that you know and understand the charge or charges against you. At this hearing, there will be no determination
made as to your guilt or innocence of the crime charged, but only a determination that you know and understand
the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the
judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been
already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal
recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some
responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you
some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given
time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by
the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire
under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided
in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or
magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or
offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a
hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that
sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you
are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge
finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the
judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the
prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.
2.) Refrain from committing any criminal offense.
3.) Not depart from the state of Alabama without the leave of the Court having jurisdiction of this case.
4.) Promptly notify the Court of any change of address or phone number.
5.) Other conditions: _____
_____
_____
_____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and
any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or
conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the
above conditions, a warrant for your arrest will be issued.

Date: __9-3-04_____                    _____
                                              Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to
me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions
imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: __5-3-04_____                    _____
                                              Defendant

| State of Alabama<br>Unified Judicial System<br><br>Form C-80   Rev. 8/2000 | **ORDER<br>ON INITIAL APPEARANCE** | **Case Number** |
|---|---|---|

IN THE _____ CIRCUIT _____ COURT OF _____ LEE COUNTY _____ , ALABAMA
         (Circuit, District or Municipal)         (Name of County or Municipality)

☒ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. ____ JOHNATEAN RAY REVELLS ____
                                            **Defendant**

The above-named defendant, charged with the criminal offense(s) of ____ CAPITAL MURDER ____ ,
was duly brought before the Court for initial appearance on ____ SEPTEMBER 3, 2004 ____ , at ____ 2:00 ____ o'clock ____ P ____ .m.,
whereupon the Court did the following, as checked in the appropriate blocks:
*(CHECK AS APPLICABLE):*

☒ 1. Name and address of defendant.
    ____ (a) Ascertained the true name and address of the defendant to be:
                    5 Elm
                    _Phenix city Ala. 26862_
    ____ (b) Amended the formal charges to reflect defendant's true name.
    ____ (c) Instructed the defendant to notify the Court promptly of any change of address.
☒ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy
    of the charges.
☒ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
    opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
    obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☐ requested   ☐ did not request court-appointed counsel. If requested counsel, defendant ☐ was
    ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.
☒ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
    against him/her.
☐ 5. Bail
    ____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
            capital offense.
    ____ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
            the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
            conditions:
            ____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____ .
            ____ 2.) Execution of a secured appearance bond in the amount of $ _____ .
            ____ 3.) Other conditions (specify) ____ No Bond ____
                                        _____

☒ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
    Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☒ 7. If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above
    named defendant, set a preliminary hearing to be held in the District Court of _____ , _____ ,
    an _____ (date) at _____ o'clock ____ .m.
    ____ (a) Notified the District Court that such demand was made.
    ____ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

____ 9-3-04 ____                                _____
Date                                        Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81     11/91 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number |
|---|---|---|

IN THE _____CIRCUIT_____ COURT OF _____LEE_____ COUNTY

☒ STATE OF ALABAMA      ☐ MUNICIPALITY OF _____

v. _____JOHNATHAN RAY REVELLS_____ , Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of _____POSS. CONT. SUB._____ in this Court in violation of _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.
2.) Refrain from committing any criminal offense.
3.) Not depart from the state of Alabama without the leave of the Court having jurisdiction of this case.
4.) Promptly notify the Court of any change of address or phone number.
5.) Other conditions: _____
_____
_____
_____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date: 9-3-04                                      _____
                                                          Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: 9-3-04                                      _____
                                                          Defendant

| State of Alabama Unified Judicial System | ORDER ON INITIAL APPEARANCE | Case Number |
|---|---|---|
| Form C-80    Rev. 8/2000 | | |

IN THE _____CIRCUIT_____ COURT OF _____LEE COUNTY_____, ALABAMA
        (Circuit, District or Municipal)      (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. ___JOHNATEAN RAY REVELLS___
                                                        Defendant

The above-named defendant, charged with the criminal offense(s) of ___POSS. CONT. SUB.___,
was duly brought before the Court for initial appearance on ___SEPTEMBER 3, 2004___, at ___11:00___ o'clock _A_.m.,
whereupon the Court did the following, as checked in the appropriate blocks:
*(CHECK AS APPLICABLE):*

☑ 1. Name and address of defendant.
    ____ (a) Ascertained the true name and address of the defendant to be:
        _____ E l _____
        _Prec's city #c 26 #A 7_
    ____ (b) Amended the formal charges to reflect defendant's true name.
    ____ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her. Defendant ☐ requested   ☐ did not request court-appointed counsel. If requested counsel, defendant ☐ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail
    ____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
    ____ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
        ____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
        ____ 2.) Execution of a secured appearance bond in the amount of $ _3,000.00_.
        ____ 3.) Other conditions (specify) _____
            _____
            _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____ an _____ (date) at _____ o'clock ____.m.
    ____ (a) Notified the District Court that such demand was made.
    ____ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____

| _9-3-04_ | _signature_ |
|---|---|
| Date | Judge/Magistrate |



# SHERIFF OF LEE COUNTY
## JAY JONES
P.O. BOX 688
OPELIKA, AL  36803-0688



E-mail:
lcso@mindspring.com

Phone (334) 749-5651
Fax (334) 749-4835

---

| Correction Specialist Progress Note |
| --- |

**Date:** 9/2/4
**Inmate:** Revells, John
**Current Medications & Allergies:** none reported
**Cell Assignment:** E - 6
**Charges:** Possession of a controlled substance
**Current GAF:** 50
**Subjective:**  Writer assessed inmate today secondary to concerns regarding his present mental status and potential cell assignment problems.  Inmate is a reported 26 YOWM who presents stating he has had a lot on his mind and is under a tremendous amount of stress. Inmate was arrested and incarcerated on 9/2/4 secondary to the possession of a controlled substance. Inmate reports that the substance was crack cocaine and he has been using it since the age of sixteen.

**Objective:** Inmate is a 26 YOWM who presents with a full/nervous affect and is alert and oriented to person, place, and situation. His appearance is appropriate for the setting and his behavior is cooperative. It was noted that the inmate had a dressing on his right hand. Inmate states he injured his hand while running through the woods. Inmate states his appetite and sleep cycle have been poor over the past week secondary to his complaint of racing thoughts and increased stress. Writer observed the inmate eat all the portions on his lunch tray during the course of this interview. Inmate describes his mood as depressed but feels this is situational and denies any depressive episodes in the past. He denies that he is presently experiencing suicidal/homicidal/paranoid ideation and any history thereof. He denies that he has ever attempted or made suicidal gestures in the past. Inmate also denies that he is experiencing auditory, visual, olfactory, tactile, and or gustatory hallucinations. Inmate does not appear to be delusional and no ideas of reference were noted. Inmate states he has been using crack cocaine since the age of sixteen and denies that he has ever received rehabilitative services for his dependence. He also denies that he is or ever has taken psychotropic medications or received psychiatric services. Inmate states he last used cocaine one week ago and reports he uses as much as he can get. He denies recent ETOH consumption but admits to having an occasional beer.
**Assessment:**

| Appearance: appropriate | Affect/Mood: full/nervous | Perception: denies hallucinations |
| --- | --- | --- |
| Behavior: cooperative | Orientation:  x 3 | Intellect: estimated average |
| Appetite: reportedly poor | Memory: intact | Insight/Judgment: fair |
| Sleep: reportedly poor | Thought Content: denies SI/HI/PI | Substance Abuse: crack cocaine one week ago |
| Speech: WNL, clear | Thought Process: normal | Med Compliance: NA |

**Plan/Disposition:**  Inmate is stable at this time with regard to cell assignment and may be assigned to general population once he completes three days of protective custody with full suicide precautions. A no harm contract was negotiated and writer will continue to f/u with inmate on a daily basis.

AXIS I: Adjustment Disorder with Mixed Anxiety and Depressed Mood
           Cocaine Dependence
AXIS II: R/O Personality Disorder, NOS
AXIS III: Injured hand
AXIS IV: Legal Issues, Incarceration
AXIS V: Current GAF = 50


James Eason, MS, ALC, CRC, CVE, Correction Specialist/Mental Health Officer  # 43D47
Lee County Sheriff's Office & Detention Center

Lee County Sheriff's Office     Thursday, September 02, 2004     Page 1 of 2



REVELLS, JOHNATHAN RAY.



REVELLS, JOHNATHAN RAY.

Lee County Sheriff's Office    Thursday, September 02, 2004    Page 2 of 2



REVELLS, JOHNATHAN RAY.

# INDIVIDUAL'S PERSONAL EFFECTS

### In Possession Of

## SHERIFF'S OFFICE, LEE COUNTY

NAME _Revells, Johnathan_

SEARCHED BY _Jones_

TIME _____  DATE _12/4/01_

MONEY $ _____

ARTICLES BY NAME _Cigs (2pk), Hat_

**The above listing is all my personal effects turned in to Sheriff's Office at the time of booking.**

Signature _____

Please Call: _____

---

### PROPERTY RECEIPT

I hereby acknowledge receipt of the articles named above.

On this date _____

Signature _Johnathan Ray Revels_

Form: LCS-ENV-03 (4/95) DARCO

# EE COUNTY DETENTION CEN.
## SPECIAL REPORT
### Opelika, Alabama

**Subject :**  Inmate Revells, Jonathan                **Date of Incident:**  July 18, 2002

**To the Sheriff of Lee County:**

**I report the following incident**    Inmate Revells chronically reporting in late from work

**which occurred at**    0300 hours          **am/pm**        Lee County Detention Center

**Below give full-particulars, together with names of principals and witnesses and their addresses.**

Over the past two weeks, inmate Jonathan Revells has been reporting in from work later and later. This inmate exits the facility for work at approximately 0500 hours every morning and does not report back in until 1900, 2000, or 2100 hours that evening. On July 17th, 2002, inmate Revells exited the Detention Center at 0515 hours. During the second headcount, at 0200 hours on 7/18/02, inmate Revells was not in cell C-1. He was the only inmate that had not reported in from work. I, Sgt. Tabb, talked with Officer Ausby and asked her if anyone had called booking with any information on inmate Revells, which she stated they had not. As of the completion of this report, which was 0300 hours, inmate Revells still had not reported in from work. Nothing further.

**Reported by:** _Tody N Tel 4305_                 **Shift :** _BSD/DAY NIGHTS_

**Address**

**Complaint Receeived by**                        **Phone # :**

**Assigned to**                                   **How:**

INMATE PACKAGE INVENTORY FORM

C-1

INMATE NAME: _Revells   Johnathan_    DATE: _S-30-02_

| | | | | | |
|---|---|---|---|---|---|
| UNDERWEAR | 3 | PANTIES | _____ | SOCKS | _____ |
| T-SHIRTS | _____ | BIBLE | _____ | T.V. (13 IN.) | _____ |

ANY ABOVE CLOTHING ITEM WILL BE LIMITED TO THREE (3) PAIRS OR THREE (3) OF ANY ONE ITEM. ALL CLOTHING ITEMS MUST BE WHITE IN COLOR UNLESS PRIOR GRANTED BY A JAIL SUPERVISOR.

THE FOLLOWING ITEMS WERE RECEIVED, BUT NOT AUTHORIZED, AND PLACED IN YOUR PERSONAL PROPERTY: _____

_____

_____

_____

BY OFFICER: _____ DATE: _____ TIME: _____

COMMENTS: _____

_____

_____

THE ABOVE ITEMS WERE RECEIVED BY THE LEE COUNTY SHERIFF'S DEPARTMENT.
RECEIVING OFFICER: _____ DATE: _____

_Diana Looney_
VISITOR'S SIGNATURE

SOCIAL SECURITY NUMBER

D.O.B.            D.L. #

_____
INSPECTING OFFICER'S

_____
OFFICER'S SIGNATURE

_____
INMATE'S SIGNATURE

Lee County Detention Center
# INMATE REQUEST SLIP

Name _Johnathan Revells_    LOCATION **D-4**

- ☐ Telephone Call    ☐ Doctor    ☐ Dentist    Date _01/28/02_
- ☐ Special Visit    ☐ Personal Problem    ☐ Time Sheet
- ☑ Other

Briefly Outline Your Request.    Give To Jailer

Sgt. Welch

I would like to be moved to Mantence. It is only for 3 days. I will sleep on the Floor or what ever it takes. My boss is not going to wate long befor he hires someone elce. I only have six month's left in jail

Thank you,

Johnathan Ray Revells.

---

Do Not Write Below This Line - For Reply Only

You'll be moved to maintenance has soon as possible

Sgt. Welch
1-29-02

Approved _____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy

Date _____    ☐ Sheriff

Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

INMATE PACKAGE INVENTORY FORM                    D-4

INMATE NAME: Revells Johnathan    DATE: 1-31-02

| UNDERWEAR | _____ | PANTIES | _____ | SOCKS | _____ |
| T-SHIRTS | _____ | BIBLE | _____ | T.V. (13 IN.) | _____ |

Shoes-1

ANY ABOVE CLOTHING ITEM WILL BE LIMITED TO THREE (3) PAIRS OR THREE (3) OF ANY ONE ITEM. ALL CLOTHING ITEMS MUST BE WHITE IN COLOR UNLESS PRIOR GRANTED BY A JAIL SUPERVISOR.

THE FOLLOWING ITEMS WERE RECEIVED, BUT NOT AUTHORIZED, AND PLACED IN YOUR PERSONAL PROPERTY: _____

_____

_____

_____

BY OFFICER: _____ DATE: _____ TIME: _____

COMMENTS: _____

_____

_____

THE ABOVE ITEMS WERE RECEIVED BY THE LEE COUNTY SHERIFF'S DEPARTMENT.
RECEIVING OFFICER: _____ DATE: _____

Diana L Looney
VISITOR'S SIGNATURE

SOCIAL SECURITY NUMBER

D.L. #

M Callen
INSPECTING OFFICER'S

OFFICER'S SIGNATURE

Johnathan Revells
INMATE'S SIGNATURE

```
ACR359                        ,BAMA JUDICIAL DATA CENTE'
                                   LEE COUNTY
                              TRANSCRIPT OF RECORD
                               CONVICTION REPORT
                                              CC 1998 000148.00 00
                                              HON. JACOB A. WALKER III
-----------------------------------------------------------------------
 CIRCUIT COURT OF LEE COUNTY                  COURT ORI: 043015 J
-----------------------------------------------------------------------
 STATE OF ALABAMA      VS.                    DC NO:      0000 000000.00
 REVELLE JOHNATHAN RAY      ALIAS:            G J: 137
 2060 LEE RD 430           ALIAS:             SSN:
 SMITHS AL  36877                             SID: 000000000
                                              AIS:
-----------------------------------------------------------------------
 DOB:              SEX: M  HT: 0 00   WT: 000  HAIR:        EYE:
 RACE: ( )W ( )B ( )O  COMPLEXION: _____ AGE: _____ FEATURES: _____
-----------------------------------------------------------------------
 DATE OFFENSE: 00/00/0000  ARREST DATE: 11/07/1997  ARREST ORI: CL50
-----------------------------------------------------------------------
 CHARGES @ CONV     CITES        CT CL COURT ACTION          CA DATE
 YOUTHFUL OFFENDER  015-019-001  01 0  YOUTHFUL OFFENDER   02/03/1998
                                  0                        00/00/0000
                                  0                        00/00/0000
-----------------------------------------------------------------------
 JUDGE: HON. JACOB A. WALKER III    PROSECUTOR: MYERS RONALD L
-----------------------------------------------------------------------
 PROBATION APPLIED   GRANTED  DATE      REARRESTED DATE  REVOKED  DATE
 ( )Y( )N            ( )Y( )N _____   ( )Y( )N _____  (X)Y( )N 01182002
-----------------------------------------------------------------------
 15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT
 ( )Y (X)N  CONFINEMENT:  00 08 000  00 00 000  00 08 000  00 00 000
            PROBATION  :  00 00 000             00 00 000
 DATE SENTENCED: 02/03/1998    SENTENCE BEGINS: 01/18/2002
-----------------------------------------------------------------------
 PROVISIONS                  COSTS/RESTITUTION       DUE      ORDERED
   JAIL                      RESTITUTION           $0.00      $40.00
                             ATTORNEY FEE          $0.00     $500.00
                             CRIME VICTIMS         $0.00      $50.00
                             COST                  $0.00     $207.00
                             FINE                  $0.00       $0.00
                             MUNICIPAL FEES        $0.00       $0.00
                             DRUG FEES             $0.00       $0.00
                             ADDTL DEFENDANT       $0.00       $0.00
                             DA FEES               $0.00       $0.00
                             COLLECTION ACCT       $0.00      $12.00
                             JAIL FEES             $0.00       $0.00
 YOUTHFUL OFND               TOTAL                 $0.00     $809.00
-----------------------------------------------------------------------
 APPEAL DATE       SUSPENDED      AFFIRMED         REARREST
 ( )Y( )N _____  ( )Y( )N ____  ( )Y( )N _____  ( )Y( )N _____
-----------------------------------------------------------------------
 REMARKS:                       THIS IS TO CERTIFY THAT THE
                                ABOVE INFORMATION WAS EXTRACTED
                                FROM OFFICIAL COURT RECORDS
                                AND IS TRUE AND CORRECT.
 NO OBJECTION TO WORK RELEASE

                                     Corinne J.Hurst
                                CORINNE T. HURST
                                01/24/2002
-----------------------------------------------------------------------
OPERATOR: LEW
PREPARED: 01/24/2002
```

| State of Alabama Unified Judicial System | **CASE ACTION SUMMARY** CONTINUATION | Case Number |
|---|---|---|
| Form C-7  Rev. 2/79 | | CC 98 148 . |
| | | ID    YR    Number |

Style: State v. Johnathan Revells

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 12-17-01 | The Court has been informed that this Defendant has been arrested on the Writ issued in this case on January 23, 2001.  This case is set for a Probation Revocation Hearing on **JANUARY 3, 2002, at 8:00 A.M.** in Courtroom Three of the Lee County Justice Center, Opelika, Alabama. |
| | cc:    Hon. Nick Abbett |
| | Officer Donna Russ |
| | Major Cary Torbert |
| | FILED IN OFFICE   DEC 19 2001 |

<u>INMATE PACKAGE INVENTORY FORM</u>

F-4

INMATE NAME: _Revells Johnathan_    DATE: _12-6-01_

| | | | | | |
|---|---|---|---|---|---|
| UNDERWEAR | 23 | PANTIES | ___ | SOCKS | 3 |
| T-SHIRTS | 3 | BIBLE | 1 | T.V. (13 IN.) | ___ |

 

ANY ABOVE CLOTHING ITEM WILL BE LIMITED TO THREE (3) PAIRS OR THREE (3) OF ANY ONE ITEM. <u>ALL CLOTHING ITEMS MUST BE WHITE IN COLOR</u> UNLESS PRIOR GRANTED BY A JAIL SUPERVISOR.

THE FOLLOWING ITEMS WERE RECEIVED, BUT NOT AUTHORIZED, AND PLACED IN YOUR PERSONAL PROPERTY: _____

_____

_____

_____

BY OFFICER: _____ DATE: _____ TIME: _____

COMMENTS: _____

_____

_____

THE ABOVE ITEMS WERE RECEIVED BY THE LEE COUNTY SHERIFF'S DEPARTMENT.
RECEIVING OFFICER: _____ DATE: _____

_Milla Daern_
VISITOR'S SIGNATURE

████████████
SOCIAL SECURITY NUMBER

████  █████████
D.O.B.    D.L. #

_M. Cale_
INSPECTING OFFICER'S

_____
OFFICER'S SIGNATURE

_Johnathan R Revelle_
INMATE'S SIGNATURE

CANNOT CHANGE FOR SIX MONTHS!!!!

# INMATE VISITOR INFORMATION FORM

12-4-0

*ALL INFORMATION MUST BE COMPLETE AND MUST BE LEGIBLE. INFORMATION WHICH IS INCOMPLETE OR NOT LEGIBLE WILL RESULT IN THAT PERSON NOT BEING LISTED ON YOUR VISITATION CARD. NEWLY ARRIVED INMATES ARE NOT ELIGIBLE FOR VISITATION DURING THEIR FIRST SEVEN DAYS AT THE LEE COUNTY DETENTION CENTER IN ORDER TO ALLOW TIME FOR A BACKGROUND CHECK TO BE CONDUCTED ON THE VISITORS LISTED BELOW. VISITATION IS A PRIVILEGE AND MAY BE RESTRICTED OR WITHDRAWN AT ANY TIME.*

**INMATE NAME** Johnathan Ray Revells          **CELL#** F-4

*VISITOR #1*

**NAME** Diana Lynn Looney          **RELATIONSHIP** Girlfriend

**ADDRESS** 2164 Lee Rd 430          **CITY** Smiths          **STATE** AL

**TELEPHONE** (334) 297- 3710

*VISITOR #2*

**NAME** Milton K. Dacus          **RELATIONSHIP** friend

**ADDRESS** 476 Lee Rd 430          **CITY** Smiths          **STATE** AL

**TELEPHONE** (334) 298 - 2901

*VISITOR #3*

**NAME** ~~Dacus~~ Larry west          **RELATIONSHIP** friend

**ADDRESS** 2164 ~~476~~ Lee Rd 430          **CITY** Smiths          **STATE** AL

**TELEPHONE** (334) 297 - 3710

*VISITOR #4*

**NAME** Johnny Ray Revells          **RELATIONSHIP** Dad

**ADDRESS** 884 Lee Rd 430          **CITY** Smiths          **STATE** AL

**TELEPHONE** (334) 298 - 0030

# LEE COUNTY DETENTION CENTER
# LAUNDRY BAG ISSUE AND RECEIPT FORM

### PROPERTY ISSUE:

NAME: _Johnathan Ray Revells_ DATE: _12-04-01_ TIME: _1206_

NOTICE TO INMATE: DEFACING, DESTRUCTION, ALTERING, **OR LOSS OF COUNTY PROPERTY THAT YOU HAVE BEEN ISSUED, WILL RESULT IN DISCIPLINARY AND/ OR CRIMINAL ACTION BEING TAKEN AGAINST YOU. ALL NON-CONSUMMABLE ITEMS WILL BE RETURNED TO JAIL OFFICERS WHEN YOU ARE RELEASED OR YOU WILL BE CHARGED $5.00 FOR ONE(1) LAUNDRY BAG.**

**I HAVE RECEIVED THE ABOVE LISTED ITEMS FROM THE LEE COUNTY DETENTION CENTER AND I HAVE READ AND UNDERSTAND THE ABOVE "NOTICE TO THE INMATE CONCERNING ISSUANCE AND RETURNING THE LAUNDRY BAG.**

_Johnathan Ray Revells_
_____
INMATE"S SIGNATURE

**THE ABOVE INMATE HAS BEEN ISSUED THE ABOVE LISTED ITEM AND READ AND UNDERSTAND THE "NOTICE TO THE INMATE." IF THE INMATE COULD NOT READ, I HAVE READ IT TO HIM/HER AND ANSWERED ANY QUESTIONS THAT THE INMATE MIGHT HAVE.**

_____
OFFICER'S SIGNATURE



Front



Front



Left Profile

# LEE COUNTY SHERIFF'S DEPARTMENT
## REGULATIONS RECEIPT
### (Form #7)

Date: 12|4|01                                                    Time: 10:00

I, _Johnathan Revells_ , have received copy

number _506_ of the Rules and Regulations governing inmates in the Lee County Jail which

I am/am not (mark one out) able to read.  I understand that while in this institution I will abide

by these Rules and Regulations.

I will return the copy of the Rules and Regulations upon my release from jail.  I also

understand that I will be responsible for the loss or any damage of the Inmate Rules and

Regulations Handbook and will be charged $2 for its replacement.  I also understand that if I

fail to pay for the replacement of the lost or damaged handbook I will have additional criminal

charges filed against me for destruction of county property.


Years of School _11_                         _Johnathan Ray Revells_
                                             Inmate's Signature

_Johnathan Revells_ has today received copy number _506_ of the Lee

County Sheriff's Department Rules and Regulations for Inmates.

☒     Said inmate stated to me that he was able to read the Rules and Regulations.

☐     Said inmate stated that he was not able to read the Rules and Regulations and I explained
      the orientation rules to him.

                                     _[signature]_
                                     Jailer's Signature

                                     Date: 12|4|01   Time: 1000

```
                         LEE COUNTY SHERIFF'S OFFICE
09/02/2004     01:14:25   MEDICAL SCREENING FORM                    PAGE 1
=========================================================================
Booking No: 040004175  Date: 09/02/2004   Time: 01:07   Type: NORMAL
Agency to Bill: LEE COUNTY                 Facility: COUNTY JAIL
-------------------------------------------------------------------------
Inmate Name: REVELLS JOHNATHAN RAY                 Race: W        Sex: M
    DOB: ████████  Age:  25  SSN: ██████████  Height: 5'11"  Weight: 220
-------------------------------------------------------------------------
```

_____   1.   Is inmate unconscious?

_____   2.   Does inmate have any visible signs of trauma, illness, obvious pain
              and bleeding, requiring immediate emergency or doctor's care?

_____   3.   Is there obvious fever, swollen lymph nodes, jaundice or other
              evidence of infection that might spread through the facility?

_____   4.   Any signs of poor skin condition, vermin, rashes or needle marks?

_____   5.   Does inmate appear to be under the influence of drugs or alcohol?

_____   6.   Any visible signs of alcohol or drug withdrawal?

_____   7.   Does inmate's behavior suggest the risk of suicide or assault?

_____   8.   Is inmate carrying any medication?

_____   9.   Does the inmate have any physical deformities?

_____  10.   Does inmate appear to have psychiatric problems?

        11.   Do you have or have you ever had or has anyone in your family
              ever had any of the following?

   _____ a. Allergies      _____ f. Fainting Spells      _____ k. Seizures

   _____ b. Arthritis       _____ g. Hearing Condition    _____ l. Tuberculosis

   _____ c. Asthma          _____ h. Hepatitis            _____ m. Ulcers

   _____ d. Diabetes        _____ i. High Blood Pressure  _____ n. Venereal Disease

   _____ e. Epilepsy        _____ j. Psychiatric Disorder _____ o. Other (Specify)


Other:   _____

         _____

         _____


        12.   For females only:

              _____ a. Are you pregnant?

              _____ b. Do you take birth control pills?

              _____ c. Have you recently delivered?

2cef37440a31a561

```
                         LEE COUNTY SHERIFF'S OFFICE
09/02/2004      01:14:25    MEDICAL SCREENING FORM                PAGE 2
=============================================================================
Booking No: 040004175  Date: 09/02/2004  Time: 01:07  Type: NORMAL
Agency to Bill: LEE COUNTY                Facility: COUNTY JAIL

Inmate Name: REVELLS JOHNATHAN RAY                Race: W        Sex: M
     DOB: ▓▓▓▓▓▓▓▓ Age: 25  SSN: ▓▓▓▓▓▓▓08  Height: 5'11"  Weight: 220
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

_____  13.  Have you recently been hospitalized or treated by a doctor?

_____  14.  Do you currently take any non-prescription medication or medication
              prescribed by a doctor?

_____  15.  Are you allergic to any medication?

_____  16.  Do you have any handicaps or conditions that limit activity?

_____  17.  Have you ever attempted suicide or are you thinking about it now?

_____  18.  Do you regularly use alcohol or street drugs?

_____  19.  Do you have any problems when you stop drinking or using drugs?

_____  20.  Do you have a special diet prescribed by a physician?

_____  21.  Do you have any problems or pain with your teeth?

_____  22.  Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE:_____    DATE:_____    TIME:_____

BOOK OFFICER:_____    DATE:_____    TIME:_____

```
                              LEE COUNTY SHERIFF'S OFFICE
08/05/2002    11:50:54        INMATE CHARGE SHEET                    PAGE    3
==============================================================================
BOOKING NO: 010004689      INMATE NAME: REVELLS JOHNATHAN RAY
==============================================================================
   CHARGE NO:   1  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE: CC98-148              # OF COUNTS:   1
    OFFENSE: PROB VIOL/YO            WARRANT #:
     CASE #: CC98-148
   BOND AMT: 8 MO SPL                         FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000        SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 12/04/2001           ARST AGENCY: LCSO
ARST OFFICR: PITTS                    COUNTY: LEE
      COURT: CC                        JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS: 8 MO SPLIT NO OBJ TO WORK RELEASE
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------
   CHARGE NO:   2  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: DC99-3523             # OF COUNTS:   1
    OFFENSE: FTP/NWNI                WARRANT #:
     CASE #: DC99-3523
   BOND AMT: 0                             FINE:    $106.19
   BAIL AMT:
INIT APPEAR: 00/00/0000        SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001           ARST AGENCY: LCSO
ARST OFFICR: WHITT                    COUNTY: LEE
      COURT:                           JUDGE: NIX
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY D13
------------------------------------------------------------------------------
   CHARGE NO:   3  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: DC99-3524             # OF COUNTS:   1
    OFFENSE: FTA/NWNI                WARRANT #:
     CASE #: DC99-3524
   BOND AMT: 0                             FINE:     $68.80
   BAIL AMT:
INIT APPEAR: 00/00/0000        SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001           ARST AGENCY:
ARST OFFICR:                          COUNTY:
      COURT:                           JUDGE: NIX
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY D13
------------------------------------------------------------------------------
```

```
                          LEE COUNTY SHERIFF'S OFFICE
08/05/2002    11:50:54        INMATE CHARGE SHEET                    PAGE    4
================================================================================
BOOKING NO: 010004689    INMATE NAME: REVELLS JOHNATHAN RAY
================================================================================
   CHARGE NO:  4  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: DC99-3525              # OF COUNTS:   1
    OFFENSE: FTP/NWNI                 WARRANT #:
     CASE #: DC99-3525
   BOND AMT: 0                              FINE:      $60.09
   BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001            ARST AGENCY:
ARST OFFICR:                          COUNTY:
      COURT:                           JUDGE: NIX
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS :
   COMMENTS :
   COMMENTS : INMATE RELEASED BY D13
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   CHARGE NO:  5  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: DC99-3526              # OF COUNTS:   1
    OFFENSE: FTP/NWNI                 WARRANT #:
     CASE #: DC99-3526
   BOND AMT: 0                              FINE:     $110.40
   BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001            ARST AGENCY: LCSO
ARST OFFICR:                          COUNTY:
      COURT:                           JUDGE: NIX
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS :
   COMMENTS :
   COMMENTS : INMATE RELEASED BY D13
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   CHARGE NO:  6  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: DC99-3527              # OF COUNTS:   1
    OFFENSE: FTP/NWNI                 WARRANT #:
     CASE #: DC99-3527
   BOND AMT: 0                              FINE:      $74.59
   BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001            ARST AGENCY: LCSO
ARST OFFICR:                          COUNTY:
      COURT:                           JUDGE: NIX
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS :
   COMMENTS :
   COMMENTS : INMATE RELEASED BY D13
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                          LEE COUNTY SHERIFF'S OFFICE
08/05/2002    11:50:54         INMATE CHARGE SHEET                   PAGE    5
==============================================================================
BOOKING NO: 010004689     INMATE NAME: REVELLS JOHNATHAN RAY
==============================================================================
   CHARGE NO:   7  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: DC99-3528              # OF COUNTS:   1
      OFFENSE: FTP/NWNI                WARRANT #:
       CASE #: DC99-3528
    BOND AMT: 0                              FINE:      $74.59
    BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001            ARST AGENCY: LCSO
ARST OFFICR:                           COUNTY:
       COURT:                           JUDGE: NIX
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY D13
------------------------------------------------------------------------------
   CHARGE NO:   8  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: DC99-3529              # OF COUNTS:   1
      OFFENSE: FTP/NWNI                WARRANT #:
       CASE #: DC99-3529
    BOND AMT: 0                              FINE:      $68.80
    BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001            ARST AGENCY: LCSO
ARST OFFICR:                           COUNTY:
       COURT:                           JUDGE: NIX
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY D13
------------------------------------------------------------------------------
   CHARGE NO:   9  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: DC99-3530              # OF COUNTS:   1
      OFFENSE: FTP/NWNI                WARRANT #:
       CASE #: DC99-3530
    BOND AMT: 0                              FINE:      $61.59
    BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001            ARST AGENCY: LCSO
ARST OFFICR:                           COUNTY:
       COURT:                           JUDGE: NIX
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY D13
------------------------------------------------------------------------------
```

```
                           LEE COUNTY SHERIFF'S OFFICE
08/05/2002    11:50:54        INMATE CHARGE SHEET                    PAGE    6
================================================================================
BOOKING NO: 010004689      INMATE NAME: REVELLS JOHNATHAN RAY
================================================================================
   CHARGE NO:  10  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: DC99-3531            # OF COUNTS:   1
    OFFENSE: FTP/NWNI               WARRANT #:
     CASE #: DC99-3531
   BOND AMT: 0                           FINE:      $74.95
   BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/04/2001           ARST AGENCY: LCSO
ARST OFFICR:                          COUNTY:
      COURT:                           JUDGE: NIX
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY D13
--------------------------------------------------------------------------------
   CHARGE NO:  11  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: DC99-3522            # OF COUNTS:   1
    OFFENSE: FTP/NWNI               WARRANT #:
     CASE #: DC99-3522
   BOND AMT: 0                           FINE:     $614.02
   BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2002
ARREST DATE: 12/06/2001           ARST AGENCY: LCSO
ARST OFFICR: WHITT                    COUNTY:
      COURT:                           JUDGE: NIX
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY D13
--------------------------------------------------------------------------------
```

```
                              _E COUNTY SHERIFF'S OFFICE
12/04/2001    09:59:24         INMATE BOOKING SHEET                    PAGE    1
===================================================================================
BOOKING NO: 010004689

INMATE NAME: REVELLS JOHNATHAN RAY
      ALIAS:                                RACE: W      SEX: M
      ALIAS:                                  HT: 5'11" HAIR: RED
    ADDRESS: 2060 LEE RD 430                  WT: 220   EYES: GRN
CITY/ST/ZIP: SMITHS, AL              COMPLEX:
 HOME PHONE: 000-000-0000                    SSN: 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
        DOB: ███████  AGE:  22            DL ST:          DLN:
 PLCE BIRTH: PHENIX CITY                     SID:
      STATE: AL                            LOCID: 16612
  M. STATUS:
   RELIGION:
 GANG ASSOC:
SCARS/TATTOOS: RED LEFT ARM/ DIANA W/ HEART R-ARM
```

| STATE OF ALABAMA UNIFIED JUDICIAL SYSTEM LEE COUNTY FORM CC-30 | COMMITTAL TO CUSTODY | CASE NUMBER CC 98-148 |
|---|---|---|
| | | ID      YR      Case No. |

State of Alabama

**State of Alabama
Unified Judicial System**

Form C-42   Rev 6/88

# ORDER OF RELEASE FROM JAIL

Case Number

CC 98-148

IN THE _____ Circuit _____ **COURT OF** _____ Lee _____ **COUNTY**

**STATE OF ALABAMA**      v.      Johnathan R. Revells

**TO THE JAILER  WITH CUSTODY OF THE DEFENDANT**

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Reason for Release _____ Released _____                                    By:

Date _____ 8/5/02 _____

**COURT RECORD  (Original)     JAILER  (Copy)     Judge/Clerk**

_____ JUDGE

```
===================================================================================
```
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _Johnathan Ray Revells_  DATE: 12-04-0(  TIME: 1003

BOOK OFFICER: _____         DATE: _____      TIME: _____

```
                              .E COUNTY SHERIFF'S OFFICE
12/04/2001      09:59:24        INMATE BOOKING SHEET              PAGE    2
================================================================================
BOOKING NO: 010004689     INMATE NAME: REVELLS JOHNATHAN RAY
================================================================================
         COURT: CC                  ATTORNEY ON REC:
         JUDGE:                           PHONE: 000-000-0000
       REMARKS:
       REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 12/04/2001  BOOK TIME: 09:47  BOOK TYPE: NORMAL

   ARREST DATE: 12/04/2001       BOOKING OFFICER: BLACK
   ARREST DEPT: LCSO             CELL ASSIGNMENT: F4
 ARRST OFFICER: PITTS                 MEAL CODE: 01   LEE COUNTY
 PROJ. RLSDATE: 00/00/0000             FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: JONES            CLASSIFICATION:
   TYPE SEARCH:                   WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:                  REASON:
        AGENCY:                  REASON:
        AGENCY:                  REASON:
        AGENCY:                  REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
                          __E COUNTY SHERIFF'S OFFICE
12/04/2001    13:06:08        INMATE CHARGE SHEET                    PAGE     1
===============================================================================
BOOKING NO: 010004689      INMATE NAME: REVELLS JOHNATHAN RAY
===============================================================================
   CHARGE NO:   1 DISPOSITION: OPEN              HOLD: N

ALA STATUTE: CC98-148                # OF COUNTS:   1
     OFFENSE: PROB VIOL/YO             WARRANT #:
      CASE #: CC98-148
    BOND AMT: 0                            FINE:       $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 12/04/2001            ARST AGENCY: LCSO
ARST OFFICR: PITTS                     COUNTY: LEE
      COURT: CC                         JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
   CHARGE NO:   2 DISPOSITION: OPEN              HOLD: N

ALA STATUTE: DC99-3523               # OF COUNTS:   1
     OFFENSE: FTP/NWNI                 WARRANT #:
      CASE #: DC99-3523
    BOND AMT: 0                            FINE:     $106.19
    BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 12/04/2001            ARST AGENCY: LCSO
ARST OFFICR: WHITT                     COUNTY: LEE
      COURT:                            JUDGE: NIX
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
   CHARGE NO:   3 DISPOSITION: OPEN              HOLD: N

ALA STATUTE: DC99-3524               # OF COUNTS:   1
     OFFENSE: FTA/NWNI                 WARRANT #:
      CASE #: DC99-3524
    BOND AMT: 0                            FINE:      $68.80
    BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 12/04/2001            ARST AGENCY:
ARST OFFICR:                           COUNTY:
      COURT:                            JUDGE: NIX
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
```

Added 12-06-01

DC99-3522        FTA/NWNi        ⊖        fines
                                          $614.03

```
                        __E COUNTY SHERIFF'S OFFICE
12/04/2001   13:06:08        INMATE CHARGE SHEET                    PAGE   2
===============================================================================
BOOKING NO: 010004689     INMATE NAME: REVELLS JOHNATHAN RAY
===============================================================================
   CHARGE NO:  4 DISPOSITION: OPEN                 HOLD: N

ALA STATUTE: DC99-3525              # OF COUNTS:   1
    OFFENSE: FTP/NWNI                 WARRANT #:
     CASE #: DC99-3525
   BOND AMT: 0                              FINE:      $60.09
   BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 12/04/2001            ARST AGENCY:
ARST OFFICR:                           COUNTY:
      COURT:                            JUDGE: NIX
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
   CHARGE NO:  5 DISPOSITION: OPEN                 HOLD: N

ALA STATUTE: DC99-3526              # OF COUNTS:   1
    OFFENSE: FTP/NWNI                 WARRANT #:
     CASE #: DC99-3526
   BOND AMT: 0                              FINE:      $110.40
   BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 12/04/2001            ARST AGENCY: LCSO
ARST OFFICR:                           COUNTY:
      COURT:                            JUDGE: NIX
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
   CHARGE NO:  6 DISPOSITION: OPEN                 HOLD: N

ALA STATUTE: DC99-3527              # OF COUNTS:   1
    OFFENSE: FTP/NWNI                 WARRANT #:
     CASE #: DC99-3527
   BOND AMT: 0                              FINE:      $74.59
   BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 12/04/2001            ARST AGENCY: LCSO
ARST OFFICR:                           COUNTY:
      COURT:                            JUDGE: NIX
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
```

```
                              LEE COUNTY SHERIFF'S OFFICE
12/04/2001    13:06:08        INMATE CHARGE SHEET                     PAGE    3
===============================================================================
BOOKING NO: 010004689    INMATE NAME: REVELLS JOHNATHAN RAY
===============================================================================
   CHARGE NO:  7 DISPOSITION: OPEN              HOLD: N

ALA STATUTE: DC99-3528                # OF COUNTS:  1
     OFFENSE: FTP/NWNI                 WARRANT #:
      CASE #: DC99-3528
    BOND AMT: 0                              FINE:     $74.59
    BAIL AMT:
 INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 12/04/2001           ARST AGENCY: LCSO
 ARST OFFICR:                          COUNTY:
       COURT:                           JUDGE: NIX
 DEF ATTORNY:                     DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
-------------------------------------------------------------------------------
   CHARGE NO:  8 DISPOSITION: OPEN              HOLD: N

ALA STATUTE: DC99-3529                # OF COUNTS:  1
     OFFENSE: FTP/NWNI                 WARRANT #:
      CASE #: DC99-3529
    BOND AMT: 0                              FINE:     $68.80
    BAIL AMT:
 INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 12/04/2001           ARST AGENCY: LCSO
 ARST OFFICR:                          COUNTY:
       COURT:                           JUDGE: NIX
 DEF ATTORNY:                     DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
-------------------------------------------------------------------------------
   CHARGE NO:  9 DISPOSITION: OPEN              HOLD: N

ALA STATUTE: DC99-3530                # OF COUNTS:  1
     OFFENSE: FTP/NWNI                 WARRANT #:
      CASE #: DC99-3530
    BOND AMT: 0                              FINE:     $61.59
    BAIL AMT:
 INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 12/04/2001           ARST AGENCY: LCSO
 ARST OFFICR:                          COUNTY:
       COURT:                           JUDGE: NIX
 DEF ATTORNY:                     DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
-------------------------------------------------------------------------------
```

```
                          ___E COUNTY SHERIFF'S OFFICE
12/04/2001    13:06:08      INMATE CHARGE SHEET               PAGE    4
===============================================================================
BOOKING NO: 010004689    INMATE NAME: REVELLS JOHNATHAN RAY
===============================================================================
  CHARGE NO:  10  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: DC99-3531              # OF COUNTS:   1
    OFFENSE: FTP/NWNI               WARRANT #:
     CASE #: DC99-3531
   BOND AMT: 0                           FINE:      $74.95
   BAIL AMT:
INIT APPEAR: 00/00/0000        SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 12/04/2001          ARST AGENCY: LCSO
ARST OFFICR:                         COUNTY:
      COURT:                           JUDGE: NIX
DEF ATTORNY:                   DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
```

```
                         _E COUNTY SHERIFF'S OFFICE
12/04/2001    09:59:24   MEDICAL SCREENING FORM                    PAGE 1
===============================================================================
Booking No: 010004689  Date: 12/04/2001  Time: 09:47  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: REVELLS JOHNATHAN RAY              Race: W         Sex: M
     DOB: ████████  Age:  22  SSN: ████████  Height: 5'11"  Weight: 220
-------------------------------------------------------------------------------
```

1. Is inmate unconscious?

2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

4. Any signs of poor skin condition, vermin, rashes or needle marks?

5. Does inmate appear to be under the influence of drugs or alcohol?

6. Any visible signs of alcohol or drug withdrawal?

7. Does inmate's behavior suggest the risk of suicide or assault?

8. Is inmate carrying any medication?

9. Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

| | | |
|---|---|---|
| a. Allergies | f. Fainting Spells | k. Seizures |
| b. Arthritis | g. Hearing Condition | l. Tuberculosis |
| c. Asthma | h. Hepatitis | m. Ulcers |
| d. Diabetes | i. High Blood Pressure | n. Venereal Disease |
| e. Epilepsy | j. Psychiatric Disorder | o. Other (Specify) |

Other: _____

        _____

        _____

12. For females only:

        a. Are you pregnant?

        b. Do you take birth control pills?

        c. Have you recently delivered?

```
                              LE COUNTY SHERIFF'S OFFICE
12/04/2001    09:59:24   MEDICAL SCREENING FORM                    PAGE 2
==============================================================================
Booking No: 010004689  Date: 12/04/2001  Time: 09:47  Type: NORMAL
Agency to Bill: LEE COUNTY                Facility: COUNTY JAIL

Inmate Name: REVELLS JOHNATHAN RAY                Race: W       Sex: M
     DOB: ██████████   Age: 22  SSN: ████████████  Height: 5'11"  Weight: 220
```

13. Have you recently been hospitalized or treated by a doctor?

14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

15. Are you allergic to any medication?

16. Do you have any handicaps or conditions that limit activity?

17. Have you ever attempted suicide or are you thinking about it now?

18. Do you regularly use alcohol or street drugs?

19. Do you have any problems when you stop drinking or using drugs?

20. Do you have a special diet prescribed by a physician?

21. Do you have any problems or pain with your teeth?

22. Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _Johnathan Ray Revells_____  DATE: _12-04-2001_  TIME: _____

BOOK OFFICER: _____  DATE: _____  TIME: _____