IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JONATHAN RAY REVELLS,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:06-CV-179-WKW ) |
| **JAY JONES, et. al.,** | ) ) |
| Defendant. | ) |

## DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDMENTS TO HIS COMPLAINT

COME NOW Jay Jones, Cary Torbert Jr., John McFarland, and Linda Stewart, Defendants in the above-styled cause, and answer the Plaintiff's Complaint and Amendments to his Complaint as follows:

### Answer

The Defendants in this action deny each and every allegation made by the Plaintiff, Johnathan Ray Revells, and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### Affirmative Defenses

1. The Plaintiff's Complaint and Amendments thereto separately and severally, fail to state a claim upon which relief may be granted.

2. The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

3. The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

4. Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

5. The Plaintiff's claims are barred by the Prison Litigation Reform Act because he has failed to exhaust available administrative remedies and because he has not suffered an injury that is greater than de minimus.

6. Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

7. Defendants are not liable based upon *respondeat superior* theories of liability.

8. The Plaintiff cannot prove a violation of his rights under the Eighth or Fourteenth Amendments to the United States Constitution.

9. Defendants were not deliberately indifferent in any respect.

10. The Defendants have no authority to drop the charges pending against the Plaintiff. Further, this request for relief is barred by the dictates of <u>Heck v. Humphrey</u>, 512 U.S. 477, 486-87 (1994). Finally, this request for relief is barred due to the Defendants' entitlement to absolute quasi-judicial immunity.

11. Defendants reserve the right to add additional defenses upon a complete investigation of Plaintiff's claims, completion of any discovery allowed, and if any further pleading is required or allowed by the Court.

Respectfully submitted this 22nd day of May, 2006.

> s/Amanda Kay Morgan
> AMANDA KAY MORGAN Bar No. ALL079
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: amorgan@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 22nd day of May, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Johnathan Ray Revells
        Lee County Detention Center
        PO Box 2407
        Opelika, AL 36803

                **s/Amanda Kay Morgan**
                OF COUNSEL