IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JONATHAN RAY REVELLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-CV-179-WKW |
| ) | (WO) |
| JAY JONES, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Magistrate Judge filed a Recommendation in this case (Doc. # 18) on June 15, 2006, finding that the defendants' motion for summary judgment is due to be granted. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendants' Motion for Summary Judgment (Doc. # 6) is GRANTED.

4. The plaintiff's complaint is DISMISSED without prejudice for failure to exhaust administrative remedies.

An appropriate judgment will be entered.

DONE this the 3rd day of August, 2006.

          /s/   W.  Keith Watkins
         UNITED STATES DISTRICT JUDGE